**08 C 517**

# EXHIBIT B

**JUDGE LEFKOW
MAGISTRATE JUDGE KEYS**

## (VSA)

## Section 2.1

2.1 File Transfers: FMI shall develop and maintain systems capable of allowing CCSI to systemically transfer file information from its site in Kansas City to attorneys it has retained in all fifty (50) states. The FMI system shall also be capable of allowing attorneys retained by CCSI to systemically transfer file information to FMI, and FMI in turn will translate and transfer such file information to CCSI's RMS system. Throughout the term of this Agreement, CCSI shall have the right, based on its sole discretion, to designate the name and location of attorneys made the subject of this Agreement. And FMI shall provide the services required by this Agreement throughout its term.