**08 C 517**

# EXHIBIT C

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

FMI

Sample License Agreement

# FM. INDUSTRIES, INC.
## TUCNET & T.U.C.A.N.S.™ SOFTWARE LICENSE AND SERVICE AGREEMENT

This license and service Agreement ("Agreement") made and entered into as of this _____of _____, 2001 by and between FM. INDUSTRIES, INC. an Illinois corporation with its principal place of business located at 19 S. LaSalle St. 10th Fl. Chicago, Illinois 60603 (hereinafter, referred to as "FMI") and _____with its principal place of business located at _____(hereinafter, referred to as "Customer").

**WHEREAS**:

A) This Agreement is a license agreement and not an agreement for the sale of software or services.

B) This Agreement gives Licensee limited rights to use the Software and Related Materials described below and imposes upon Licensee certain obligations to protect the Software and Related Materials from unauthorized use, reproduction, distribution or publication.

C) FMI is in the business of developing software for all aspects of the credit lending, recovery and collection industry.

D) FMI has developed certain unique computer programs and specifically as it relates to this agreement the program known as "T.U.C.A.N.S." for the credit lending, recovery and collection industry.

E) FMI also possesses certain unique and valuable Information, which it has developed for the credit lending, recovery and collection industry.

F) FMI further possess certain unique and valuable ability, related to integrating and/or interrelating its programs with other third-party software, programs, manuals, and manifestations;

G) Customer is in the Credit Lending/Credit Collection business and is desirous of using the FMI program known as "T.U.C.A.N.S." and FMI's System and Information in its business pursuant to the requirements of their client Citicorp Credit Services, Inc. (CCSI), a Delaware corporation with offices at 7930 NW 110th Street, Kansas City, MO 64153, a Citigroup subsidiary; and

H) FMI desires to provide its program "T.U.C.A.N.S" and the FMI System and Information to Customer for its business as part of FMI's requirement pursuant to their agreement with CCSI and Customer's requirements with CCSI and for no other use, in accordance with the terms and conditions (and subject to limitations) set forth herein.

Verified Page FMI: _____   Customer: _____1

I)  It is further understood and agreed between Customer and FMI that this agreement is structured and relates solely to CCSI. Any other accounts received in the future through TUCNET on behalf of FMI's future clients that desire to use Customer's services will be governed by a separate Global License, Service and Network Agreement which may or may not incorporate in whole or in part this agreement.

J)  The license contained within this Agreement shall apply to as many copies of the T.U.C.A.N.S. program in Executable form (users) that are loaded onto Customer's workstations as are requested by Customer as needed to facilitate the needs of CCSI.

**NOW THEREFORE** in consideration of the mutual covenants and agreements hereinafter contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.  **Definitions.** In this Agreement the following words and phrases shall have the following respective meanings, unless the context otherwise requires:

    (A)  "T.U.C.A.N.S." means the existing Software that FMI has developed for the credit lending, recovery and collection industry, which is to be provided to Customer under this Agreement and which is Listed on Exhibit 1, as well as any New Releases, Enhancements or Customizations to the "T.U.C.A.N.S." Software and System.

    (B)  "USER" means each individual workstation that contains the T.U.C.A.N.S Executable software, which allows each operator (Customer Employee) to access the T.U.C.A.N.S. System.

    (C)  "TUCNET" for the purposes of this agreement means the Network which facilitates the movement of the accounts between Customer and CCSI and the management of same on behalf of the CCSI, the Network Client

    (D)  Software" means any software from third party vendors that may be used in conjunction with the "T.U.C.A.N.S." Software in Customer's business;

    (E)  "Documentation" means any materials and documents pertaining to the FMI Software as well as any New Releases/Enhancements or Customization thereto. For purposes of illustration only, documentation includes, but is not limited to, user guides, manuals, diagrams, drawings, test programs, print outs, flow charts and any other written material provided by FMI to customer pertaining to the use of the FMI Software.

    (F)  "Know How" means technical information, ideas, concepts, business opportunities, Information and experience which FMI has obtained and developed though its business dealings with the credit lending, recovery and debt collection industry.

Verified Page FMI: _____ Customer: _____ 2

(G) "Trade Secret" means, but shall not be limited, to the FMI Software and the Information defined herein, as well as related source and object codes. It shall also include, but not be limited to, sources of information, client lists, leads, drawings, designs, plans, flow charts, proposals, marketing and sales plans, financial information, costs, pricing information, and all concepts or ideas in or reasonably related to the business of FMI, as well as customer names, products, development plans, operations, technical processes, formulas, product designs, and the like, that have not previously been publicly released and which gives FMI a competitive advantage in the credit lending, recovery and debt collection industry.

(H) "Confidential Information" means anything disclosed to Customer at any time before or after execution of this agreement relating in any way to the FMI Software, and the Information defined herein. It shall also include, but not be limited to, sources of information, client lists, leads, drawings, designs, plans, flow charts, proposals, marketing and sales plans, financial information, costs, pricing information, and all concepts or ideas in or reasonably related to the business of FMI, as well as customer names, products, development plans, operations, technical processes, formulas, product designs, and the like. NO INFORMATION CONSTITUTES CONFIDENTIAL INFORMATION IF IT IS GENERIC OR IS IN THE PUBLIC DOMAIN.

(I) "New Releases/Enhancements" means an enhancement or modification to the FMI Software or a new module or supplementary module to function in conjunction with same, which represents the next generation of the FMI Software which FMI has decided, *in its sole discretion*, to commercially release to all its customers. It is expressly understood that New Releases/Enhancements shall not include any Customization.

(J) "Customization" means any change, improvement or modification to the FMI Software, which is requested by a customer. FMI retains all rights and ownership to said customization and *in its sole discretion*, may elect to incorporate said customization in any FMI Software or other FMI System.

(K) **Information shall mean, but is not limited to:**

    **(1)** **anything defined or described in Paragraphs A-H inclusive.**

    **(2)** **the layout of the screens of the FMI Software or FMI System;**

    **(3)** **the interrelatedness of the screens of the FMI Software or FMI System;**

    **(4)** **the order and presentation of the data on the screens of the FMI Software or FMI System;**

    **(5)** **the ability to move from screen to screen in the FMI Software or FMI System;**

  (6) the ability to chose between and perform a variety of functions by clicking on particular items on a screen of the FMI Software or FMI System;

  (7) the forms on the FMI Software or FMI System;

  (8) the templates on the FMI Software or FMI System;

  (9) FMI's unique experience, knowledge and "Know-How," including but not limited to, its ability to interrelate and integrate the FMI Software and FMI System with other third party software, programs, manuals and manifestations;

  (10) the instructions, internal logic, internal commands, and sub-routines that are necessary for the operation or support of the FMI Software or FMI System;

  (11) FMI's technical information, ideas, concepts, business opportunities and Confidential Information:

(K) "FMI System" means the combination of:

  (1) the FMI Software known as "T.U.C.A.N.S.";

  (2) the items defined and described in Paragraphs 1. A - J, above; and

  (3) any third-party Software, programs, manual and manifestations with which (1) and/or (2) are combined and which are used in Customer's business.

(L) "Hardware" means any computer hardware on which the FMI Software or the FMI System resides, is stored or is operated;

(M) "Access" and or "Contact" means demonstrating, describing or explaining the FMI Software or FMI System, including the items described in paragraphs 1. A-J above, to any person or entity other than Customer's employees, Customer's Client's employees or Customer's vendors and their employees, that may need or desire to review only the data on the accounts that the Customer's Client have placed with Customer, or the Customer has placed with it's vendors, and not for the purpose of reviewing the operation, functionality or logic of the FMI Software or FMI System in *any way, whatsoever, without the prior written consent of FMI.* Such consent shall not be unreasonably withheld. For purposes of illustration only, Access and/or Contact include, but is not limited to, looking at or reviewing any screens, any reports, any file listings, any module listings, or any Information, either on line or in reproduced form.

**The parties expressly agree that the definitions contained herein shall include the look, feel, operation, functionality, logic and over all performance of the FMI Software or FMI System. It is also expressly agreed that the definitions will include rather than exclude the largest amount of information allowable by law.**

(N)  "Support" means support or assistance in the operation and maintenance of the FMI Software or FMI System, as described herein and the FMI Software Support Agreement.

(O)  "Placement/Account" means an individual account received through the network known as "TUCNET" to the "T.U.C.A.N.S" System on behalf of the Credit Grantor or indebted party such as a consumer revolving credit card agreement (i.e. Visa/MasterCard), instruments and chattel paper as defined in the Uniform Commercial Code ("UCC"), commercial line agreements, commercial charge account agreements, sales memos and invoices relating thereto, and other choices in action with a singular account number or numbers but representing the total amount due customer from the initial credit receiver and/or any other liable party obligated to pay under that account number or numbers.

(P)  "Installation Process" means that upon execution of this agreement and within forty-five (45) days thereof, FMI shall install the "T.U.C.A.N.S" Software at Customer's site. Furthermore, FMI shall start any customization and fine tuning process needed for Customer to perform their duties in conformity with their current requirements with CCSI at no additional charge.

2. <u>USE</u>

(A).  FMI provides the FMI Software and/or FMI System as specified herein, and licenses Customer to use it only for accounts received through TUCNET and on behalf of CCSI.

(B).  The license is for use of the FMI Software and System in object or executable code form only (depending on computer system), related materials and documentation. The license also includes use of FMI's. Information.

(C).  Customer understands and agrees that the FMI Software and/or FMI System, all New Releases, Enhancements and Customization, all materials provided by FMI under this Agreement, all FMI Information, as well as all FMI Software and FMI System-related intellectual property rights are and <u>shall at all times remain the sole and exclusive property of FMI.</u>

    (D).    Customer understands and agrees that it obtains no rights in the FMI Software and FMI System, New Releases, Enhancements, Customization, materials provided by FMI under this Agreement, any FMI Information or FMI Software and FMI System-related intellectual property rights, other than the right to their limited use as set out in this Agreement.

**3.**     <u>**LICENSE**</u>**:**

    (A)    Customer is licensed to:

        (1)    use the FMI Software, the FMI System and the FMI Information solely for the internal purposes of its own business; and

        (2)    copy the FMI Software, the FMI System or any FMI Information into any machine readable or printed form for backup in support of Customer's use of the FMI Software, the FMI System or the FMI Information.

    (B)    Customer MAY NOT:

        (1)    use, copy, modify or transfer the FMI Software, the FMI System or any FMI Information, or any copy, modification or merged portion in whole or in part, except as expressly provided for in this Agreement;

        (2)    reverse engineer, de-compile, disassemble, modify, translate, or make any attempt to discover the source code of the FMI Software or the FMI System;

        (3)    reverse engineer, de-compile, disassemble, modify, translate, or make any attempt to discover or otherwise unlock the Trade Secrets of FMI;

        (4)    transfer possession of any copy, modification or merged portion of the FMI Software, the FMI System or any FMI Information to another party, unless it obtains FMI's prior written consent, which shall not be unreasonably withheld.

        (5)    allow any person or entity other than its employees or as outlined in section 1 (L) to have access to or contact with the FMI Software, the FMI System or FMI's Information, without the prior written consent of FMI, which shall not be unreasonably withheld;

        (6)    use the FMI Software, the FMI System or the FMI Information for the purpose of any business that may offer them as part of a bureau or other service to the public.
**If Customer does any of the things prohibited in paragraphs 2.B. (1-6), it shall be in material breach of this Agreement and the License granted herein shall be automatically and immediately terminated, not withstanding any other remedies available.**

Verified Page FMI: _____ Customer: _____ 6

4.  **TERM AND TERMINATION:**

   (A)   The term of this License shall commence on the date this Agreement is signed by Customer and shall remain effective until terminated, as follows:

   (B)   Customer may terminate the license by:

   (1)   Giving written notice to an appropriate officer or director of FMI of its intent to do so in thirty (30) days.

   (2)   Customer shall return the FMI Software or System, all copies, modifications and merged portions, as well as, all manuals and documentation with said notice.

   (4)   Customer shall also certify that it has deleted all FMI Software from any Hardware within thirty (30) days after it has sent the above notice of its intent to terminate this agreement. This date shall be known as the agreed termination date.

   (5)   By complying with all terms as described in paragraphs 3. B 1-3 above, Customer shall only be bound to the provisions of this license agreement for a period of three (3) years from the agreed termination date. Not withstanding the aforementioned, FMI retains it rights under this agreement for actions not reasonably discoverable from the license date to three (3) years after the agreed termination date.

   (6)   Customers failure to comply with these provisions in any way will obligate it to pay FMI's reasonable attorneys' fees and costs for enforcement of its rights.

   (C)   FMI may terminate the license by:

   (1)   Giving written notice to an appropriate officer or director of Customer of its intent to do so in thirty (30) days without cause.

   (2)   Giving written notice to an appropriate officer or director of Customer of its intent to do so because;

   i.   Customer has failed to comply with **any** of the terms and conditions of this Agreement; or

   ii.  Customer has been terminated by the network's clients, with or without cause.

   iii. Customer has violated the terms of any ethical or professional standards, either as a firm or by any individual employee of Customer.

Verified Page FMI: _____ Customer: _____ 7

(3) Notice under this sub-paragraph C. will contain reasonable specifics about the reason for the termination;

(4) If customer receives notice from FMI with cause as outlined in section 4 subsection C (2) i, above, Customer shall have thirty (30) days from the receipt of FMI's notice of termination to correct the reason(s) for the termination to the satisfaction of FMI. Should no response be received by FMI, or should Customer not correct the reasons to the satisfaction of FMI within this thirty (30) days, termination of this license shall become effective immediately;

(5) If customer receives notice from FMI with cause as outlined in section 4 subsection C2 ii, above, Customer shall have until the network client(s) time line has permitted

(6) Customer shall certify that it has deleted all FMI Software from any hardware within thirty (30) days after it is sent notice of termination, assuming cure was not accomplished to the satisfaction of FMI.

(D) Any notices under this paragraph 3 shall be hand delivered or mailed postage prepaid by certified or registered mail, return receipt requested, to an appropriate officer or director of FMI or Customer. Notice by hand delivery shall be effective upon delivery. Notice by mail shall be effective three days after the postmark date.

## 5. HARDWARE:

(A) FMI shall under no circumstances have any obligation to service or repair any Hardware, which Customer purchases in conjunction with this agreement. Rather, the manufacturer of the Hardware shall prescribe the rights regarding the Hardware for Customer. FMI agrees that if Customer purchases hardware through FMI that the Hardware and warranties will belong to Customer.

(B) Notwithstanding the previous sub-paragraph, on any hardware obtained through FMI under this agreement, FMI will act on behalf of the Customer, at its request, and deal with the manufacturer to correct any problems that may arise which are related to the Hardware. FMI offers this service as a courtesy to the Customer. By offering this service, FMI neither assumes nor accepts any liability or responsibility for the actions of any manufacturer, their Hardware or their warranties.

6. **SUPPORT / CUSTOMIZATION / TRAINING:**

   (A)   Upon execution of this agreement and installation of the FMI Software, known as T.U.C.A.N.S., that is being provided at no charge for the express use of Customer for CCSI accounts received through TUCNET, Customer is entitled to and FMI shall provide support for said product, **free of charge** for the term of this agreement.

   (B)   During the Installation Process, training will be provided to a mutually agreeable number of Customer's employees, at no additional charge.

   (C)   FMI will replace any original defective media that is furnished by FMI, if customer notifies FMI within thirty (30) calendar days of receipt of the FMI Software.

   (D)   Any New Releases/Enhancements, Customizations, or modifications to the FMI Software or FMI System, or any other FM. System-related materials, provided by FMI to the Customer shall be subject to all conditions and restrictions contained in this Agreement, and shall at all times remain the exclusive property of FMI.

7. **PRICE:**

   (A)   There is no cost to Customer for the FMI Software or FMI System (as defined in Exhibit 1 attached hereto), not including hardware (as defined in Exhibit 2 attached hereto) pursuant to the terms of this Agreement, for the use of the Software and System in collection and service of CCSI accounts only.

   (B)   Customer shall be responsible for the cost of the communication software as defined by CCSI.

   (C)   Customer shall be responsible for the cost of the necessary Faircom server software which may be purchased through FMI. If purchased through FMI, the cost of said server software will not exceed $900.00 for each block of 8 users.

   (D)   The cost of any additional licenses for the FMI Software or FMI System requested by Customer not for the benefit of CCSI and outside the terms of this Agreement, shall be governed by a separate and distinct purchase and license agreement.

8. **SECURITY:**

   (A)   Customer agrees to observe **complete confidentiality with regard to all aspects of the FMI Software and FMI System;**

   (B)   Only employees on the Customer's regular payroll or as outlined in section 1.L shall be permitted access to the FMI Software and FMI System in the course of his/her employment;

Verified Page FMI: _____   Customer: _____   9

(C)   Customer agrees it shall not disclose or otherwise permit any other person or entity access of any kind to the FMI Software and FMI System in any manner other than those persons as outlined in section 8 (B) above;

(D)   Customer will ensure that its employees are advised as to the confidential nature of the FMI Software and FMI System and further ensure that such employees or those persons outlined in section 1 (L) are prohibited from granting access to, disclosing, or copying any of the FMI Software or FMI System in any manner;

(E)   It is further understood that all materials in any way related to the FMI Software and FMI System will be considered confidential whether they are marked as confidential or not.

(F)   In the event Customer hires or retains any third-party person or entity not on Customer's regular payroll, and said third-party could or shall come into contact or have access to the FMI Software and FMI System:

  (1)   Customer shall inform FMI in writing at least 10 days before such access or contact takes place;

  (2)   Customer accepts sole responsibility for having such third-party sign a Confidentiality Agreement, which has been previously approved by or provided by FMI **before any contact takes place**;

  (3)   Customer agrees that any access or contact shall be limited to only what is necessary for such third-party to perform the duties they have been retained or contacted for and only to assess the efficiency of the FMI Software and FMI System;

  (4)   Customer agrees that anyone provided access or contact shall not be permitted to copy, modify, duplicate, enhance or customize the FMI Software or FMI System in any way whatsoever.

  (5)   In consideration of Paragraphs 8.G (1) - (4), FMI hereby specifically agrees, that a third-party may have access to the FMI Software and System only if Customer has obtained FMI's prior written approval and said third party has signed a Confidentiality Agreement, approved or provided by FMI.

(F)   FMI agrees to observe **complete confidentiality with regard to all aspects of the Customer's business;**

(G)   Neither Customer nor FMI shall disclose or use the Information provided from one to the other except as expressly provided for by the terms of this Agreement.

(H)   Both Customer and FMI shall take all reasonable precautions to prevent access, contact and/or disclosure or use of any such Information.

Verified Page FMI: _____ Customer: _____ 10

    (I)    In the event of the loss of any item containing Information, Customer or FMI, as the case may be, shall promptly notify the other party in writing of such loss, describing the item and its contents.

    (J)    Customer agrees that it will not alter, remove, conceal or deface any, copyright, trademark or proprietary rights notice or identification which indicates the ownership of the FMI Software or FMI System or of any interest therein.

9. **INJUNCTIVE RELIEF:**

    (A)    Customer recognizes that FMI has gone to considerable time and expense to develop the FMI Software, the FMI System and related materials. Customer agrees that FMI would suffer great and irreparable harm and damage by the unauthorized copying or reproduction of the FMI Software or FMI System or the disclosure of FMI's Information. Customer further acknowledges that such actions may cause significant commercial damages, which will be difficult to assess. Therefore, Customer agrees that FMI shall be entitled to extraordinary relief in court, including but not limited to restraining orders; temporary, preliminary and permanent injunctions, without the necessity of posting bond or other security, which the Customer expressly waives, or the necessity of showing damage, which the Customer also expressly waives; for any breach of this Agreement.

10. **WARRANTIES/REPRESENTATIONS/DISCLAIMERS:**

    (A)    The services and work-product provided to Customer are original with or owned by FMI, and no portion of such services or work-product, or its use by Customer pursuant to the terms of this Agreement, violates or is protected by the right, title, interest or similar right of any third person or entity, however organized.

    (B)    FMI warrants and represents that Customer shall have quiet and peaceful enjoyment of the use of the FMI Software and FMI System for the duration of this Agreement or any other agreements incorporated herein, until and unless this Agreement or any other agreements incorporated herein are properly and lawfully terminated, ended, or otherwise declared ineffective, as specified herein, or until the Agreement is breached by Customer.

    (C)    FMI selected and designed the system for Customer as being an operationally efficient and appropriate integration of Hardware, Software, Enhancements, Customizations and Services with regard to Customer's Business.

    (D)    Customer acknowledges that FMI shall bear no responsibility for the actions or inactions of Customer affecting or impacting upon any third party, with the exception of any express obligations made hereunder.

    (E)    EXCEPT AS SPECIFICALLY STATED IN THIS AGREEMENT, THE SYSTEM IS PROVIDED AND LICENSED "AS IS" WITHOUT WARRANTY OF ANY KIND EITHER EXPRESS OR IMPLIED INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

    (F)    IN NO EVENT WILL FMI BE LIABLE TO CUSTOMER FOR ANY DAMAGES, INCLUDING LOST PROFITS, LOST SAVINGS, OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE UNDER ANY THEORY WHATSOEVER.

**11. GENERAL:**

    (A)    Except as described herein, Customer will not be provided with any source code nor have access to the source code.

    (B)    Should Customer elect to issue a purchase order or any similar document for its own internal purposes, any conflict between the terms and conditions of the Customer's order form and this Agreement shall be resolved such that the terms and conditions of this Agreement have precedence and control.

    (C)    The Copyrights, Trademarks and Trade Secrets of the FMI Software, FMI System and FMI Information shall remain the property of the original owner of the Software whether FMI or third party developer. The Customer shall possess and enjoy them without owning same.

    (D)    As set out above, no third party enhancements are allowed to the FMI Software or the FMI System. FMI will in no way be responsible for any operating or technical difficulties that result from any unauthorized enhancements not provided by FMI.

    (E)    Customer may not sublicense, assign or transfer this license, the FMI Software, the FMI System or the FMI Information. Any attempt to sublicense, assign or transfer them shall be void, without FMI's prior written consent.

    (F)    Unless otherwise specifically provided herein, each party will be liable for any loss or damage arising from the fault or negligence of such party, its officers, employees, agents and representatives.

    (G)    Customer shall be responsible for all applicable federal, state, county, local or other taxes howsoever designated and whether levied or based upon the charges listed herein.

(H) CUSTOMER ACKNOWLEDGES THAT CUSTOMER HAS READ THIS AGREEMENT, UNDERSTANDS IT AND AGREES TO BE BOUND BY ITS TERMS AND CONDITIONS. CUSTOMER FURTHER AGREES THAT THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN FMI AND THE CUSTOMER AS CONCERNS THE CUSTOMER'S LICENSE OF THE FMI SOFTWARE, FMI SYSTEM, OR FMI INFORMATION AND NO VARIATIONS IN THE TERMS AND CONDITIONS OF THIS AGREEMENT SHALL HAVE ANY EFFECT UNLESS AGREED TO IN WRITING IN ADVANCE BY BOTH PARTIES. THIS AGREEMENT SUPERSEDES ANY PROPOSAL OR PRIOR AGREEMENT, ORAL OR WRITTEN, OR ANY OTHER COMMUNICATION BETWEEN FMI AND CUSTOMER RELATING TO THIS AGREEMENT.

(I) FMI shall not be liable for any delays due to force majeure cause(s).

(J) The risk of loss of any materials supplied by FMI under this Agreement shall pass to the Customer upon delivery.

(K) Should any provision of this Agreement subsequently be determined to be illegal or unenforceable, said provision shall at that time be deemed omitted from this Agreement, and all other provisions shall be unaffected and shall continue in full force and effect.

(L) The headings in this Agreement are for convenience only and shall not affect the meaning or intent of any of the provisions herein.

(M) Notice(s) shall be given to the parties at their respective addresses hereinabove given as stated in the preamble of this agreement, unless any such party has given another address.

(N) This Agreement and all the duties and obligations following here-under shall be binding upon and shall inure to the benefit of the parties hereto, their heirs, legal representatives, successors or assigns.

(O) This Agreement shall be governed by the laws of the State of Illinois. In addition, the parties agree that any litigation which arises out of this Agreement, or the relationship of the parties, shall be venued in the Circuit Court of Cook County or in the Federal Court for the Northern District of Illinois, both of which are located in Chicago, Illinois. Customer further expressly waives any objections to venue or jurisdiction in these courts and will not assert same against FMI.

Verified Page FMI: _____ Customer: _____ 13

WHEREFORE, in witness hereof, the parties have executed this Agreement. They further warrant and represent, that on the date of execution, their respective signatories were so authorized to act by all necessary and appropriate corporate action.

**FM INDUSTRIES, INC.**                    **Customer**

By: _____               By: _____

Title: <u>President</u>_____     Title: _____

Date: _____               Date: _____

# FM. INDUSTRIES, INC.
# TUCNET & T.U.C.A.N.S.™ SOFTWARE
# LICENSE AND SERVICE AGREEMENT

### EXHIBIT 1
### Software

**The FMI System shall include:**

(A) The object or executable code version of the "T.U.C.A.N.S." program, a 32-bit Windows based software program owned and developed by FM. INDUSTRIES, INC.

(B) The consulting services of FMI's key personal at no additional charge. Said services are provided with the intent to assist Customer with their strategies either in-house or third party as it relates to the use of the FMI System and only for that purpose. The time and availability for said service is at the sole discretion of FMI.

**The FMI System does not include:**

(A) Any hardware required for the operation of the "T.U.C.A.N.S." Software, such as workstations, servers, and networking equipment, which is to be provided by Customer at Customers expense or as otherwise agreed to in writing by the parties and made a part of this agreement hereto.

(B) Communication software designated by CCSI

(C) Faircom server software necessary for the operation of the FMI System.

**FM. INDUSTRIES, INC.**
**TUCNET & T.U.C.A.N.S.™ SOFTWARE**
**LICENSE AND SERVICE AGREEMENT**

**EXHIBIT 2**
**Hardware**

**Laser Printer (with duplexer depending on state specific legal forms)**
**10/100 Base-T Ethernet Network Hub**

**Necessary Minimal Hardware Requirements (server):**

PC SERVER installed and configured with either Windows NT 4.0 Server or Windows 2000 Server software
Pentium II 450MHz Processor,
10-gigabyte hard drive
3.5 Floppy drive
64MB Ram Memory,
2MB Video Card,
High Performance Ethernet Card,
24X CD Rom
Keyboard
Mouse
Monitor (1024 x 768 resolution required)
Modem
Internet Connection

**Optimal Hardware Requirements (server)**

PC SERVER installed and configured with either Windows NT 4.0 Server or Windows 2000 Server software
Pentium III 800MHz Processor or higher,
SCSI 10-gigabyte high speed (10,000 rpm) hard drive or higher and/or Raid configuration
3.5 Floppy drive
4mm Dat backup tape drive
128MB Ram Memory or higher,
4MB Video Card or higher,
High Performance Ethernet Card,
56X CD Rom
Keyboard
Mouse
Monitor (1024 x 768 resolution required)
Modem
High speed Internet Connection (cable or T-1)

Verified Page FMI: _____ Customer: _____ 16

**Necessary Minimal Hardware Requirements (workstation):**

PC Workstation installed and configured with Windows 95,98,NT 4.0 or Windows 2000 workstation software
Pentium 200MHz Processor,
32MB Ram Memory,
4-gigabyte Hard Drive,
3.5" Floppy,
4MB Video Card,
High Performance Ethernet Card,
Keyboard
Mouse
15" Monitor (1024 x 768 resolution required)

**Optimal Hardware Requirements (server)**

` PC Workstation installed and configured with Windows 95,98,NT 4.0 or Windows 2000 workstation software
Pentium II 450MHz Processor or higher,
10-gigabyte hard drive
3.5 Floppy drive
64MB Ram Memory or higher,
4MB Video Card,
High Performance Ethernet Card,
56X CD Rom
Keyboard
Mouse
17" or larger Monitor (1024 x 768 resolution required)

# EXHIBIT D