**08 C 517**

# EXHIBIT D
## (VSA)
## Section 2.3

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

2.3 Attorney System: FMI shall adapt its existing and future systems, during the term of this agreement, to be capable of transferring, maintaining and reporting on information submitted by CCSI through its RMS system to attorneys it has retained, and information submitted by said attorneys to the RMS system through FMI's Tucans systems. FMI shall be entitled to license such Tucans software to the attorneys retained by CCSI pursuant to the form of agreement attached hereto as Exhibit B. The CCSI attorneys will be required to purchase the connectivity software (i.e Connect Direct), encryption software, and the database software (Faircom) utilized by the Tucans system. FMI agrees to facilitate the installation of all such connectivity software with CCSI attorneys.