**08 C 517**

# EXHIBIT G

**JUDGE LEFKOW
MAGISTRATE JUDGE KEYS**

# Certified Mail Receipts for Defendant Hosto and Buchan

