**08 C 517**

# EXHIBIT H

**JUDGE LEFKOW
MAGISTRATE JUDGE KEYS**

# Certified Mail Receipts for Defendant Harris and Zide

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Office of Harris & Zide, L.L.P.
1445 Huntington Drive Suite 300
South Pasadena, CA 91030

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) Virginia

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PASADENA, CA JUN 25 2005 USPS

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7003 1010 0003 0659 7228

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Office of Harris & Zide, L.L.P.
1445 Huntington Drive Suite 300
South Pasadena, CA 91030

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 6/17/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SOUTH PASADENA, CA 91030 JUN 17 2005 USPS

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7002 2410 0004 4257 6150

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540