**08 C 517**

# EXHIBIT I

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

# Certified Mail Receipts for Regent and Associates

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regent & Associates
2650 Fountainview, Ste. 233
Houston, TX 77057

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Maria Rodriguez ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Maria Rodriguez

C. Date of Delivery 06/16/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7002 2410 0004 4257 6037

PS Form **3811**, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regent & Associates
2650 Fountainview, Ste. 233
Houston, TX 77057

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Maria Rodriguez ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Maria Rodriguez

C. Date of Delivery [illegible]27/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

HOUSTON TX RICH HILL STA JUN 27 2005

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7002 0460 0002 2473 3611

PS Form **3811**, February 2004 Domestic Return Receipt 102595-02-M-1540