**08 C 517**

# EXHIBIT K

**JUDGE LEFKOW
MAGISTRATE JUDGE KEYS**

# FMI Copyright Registration 2006

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 1-279-906

EFFECTIVE DATE OF REGISTRATION
FEB -1 2006
Month  Day  Year

PRIVATE CONTINUATION SHEET.

---

**1  TITLE OF THIS WORK ▼**
THE ULTIMATE COLLECTION AND NETWORK SOFTWARE

PREVIOUS OR ALTERNATIVE TITLES ▼
TUCANS  TUCANS

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

**2  NAME OF AUTHOR ▼**
a  MICHAEL E FRIEDMAN

DATES OF BIRTH AND DEATH
Year Born ▼ 1959  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼
b  FM INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given
a  *2001* 2006 ◀ Year  in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b  Complete this information  Month ▶  Day ▶  Year ▶
ONLY if this work has been published  ◀ Nation

---

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MICHAEL E FRIEDMAN
4891 THORNBARK DRIVE
BARRINGTON, IL 60010

FM INDUSTRIES, INC
500 W MADISON, SUITE 2910
CHICAGO, IL 60661

APPLICATION RECEIVED
FEB 01 2006
ONE DEPOSIT RECEIVED
FEB 01 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ORM

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. from phone call to MICHAEL E. FRIEDMAN on May 22, 2006.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶

**6 DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions before completing this space

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a Name ▼                              Account Number ▼

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
MICHAEL E FRIEDMAN / 500 W MADISON / SUITE 2910 / CHICAGO / IL 60661

Area code and daytime telephone number ▶ 312-474-4511          Fax number ▶ 312-474-0762
Email ▶ MIKEF@TUCANS.COM

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
MICHAEL E. FRIEDMAN                                        Date ▶ 01/30/06

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
MICHAEL FRIEDMAN
Number/Street/Apt ▼
500 W MADISON, SUITE 2910
City/State/ZIP ▼
CHICAGO, IL 60661

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S E
Washington, D C 20559-6222

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500