**08 C 517**

# EXHIBIT Q

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

Hosto and Buchan (illegal) Activity Report from T.U.C.A.N.S. after Termination Date

(redacted)

Report Date: 01/15/08

# HOSTO & BUCHAN, P.L.L.C.
## Collector Activity Report
REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector: JWITHERS Jessica Withers

Page No. 1

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/03 | 10007 | | | | $9,466.93 | 07/13/05 | 14:56:56 | 14:57:42 | 0:00:46 | | FFT | DTR PIF THIS ACCOUNT IN CLS | JUDGMENT ENTERD |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time 0:00:46    UnWorked Time

Report Date: 01/15/08

# HOSTO & BUCHAN, P.L.L.C.
## Collector Activity Report

REPORT DATE RANGE: 07/10/05 to 01/01/08   Collector: JWITHERS Jessica Withers

Page No. 2

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/02 | 10008 | | | | $1,615.43 | 07/16/05 | 9:50:21 | 10:17:13 | 0:26:52 | | FFT | CALLED DTR POE #.. IT IS DISC....CALLED 479-444-8966.. GOT A POST OFFI SO THAT HER AND ONE OTHER EMPLOYEE WORKED THERE. NO DTR | SKIP TRACING |

**DAILY TOTALS:**   1 Accounts Worked   Elapsed Time 0:26:52   UnWorked Time

# HOSTO & BUCHAN, P.L.L.C.
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: JWITHERS Jessica Withers

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/03 | 10007 | | | | $2,806.97 | 09/24/05 | 10:51:57 | 10:53:15 | 0:01:18 | 0:34:44 | FFT | PIF IN CLS | JUDGMENT ENTERD |
| 09/15/03 | 10007 | | | | $4,960.47 | 09/24/05 | 10:53:38 | 10:55:14 | 0:01:36 | 0:00:23 | FFT | ACCOUNT IS PIF IN CLS | JUDGMENT ENTERD |
| 08/28/03 | 10007 | | | | $6,292.47 | 09/24/05 | 10:55:36 | 10:57:55 | 0:02:19 | 0:00:22 | FFT | ACCOUNT IS PIF AND CLOSED IN CLS | JUDGMENT ENTERD |
| 01/09/03 | 10007 | | | | $4,335.12 | 09/24/05 | 11:10:14 | 11:18:15 | 0:08:01 | 0:12:19 | FFT | DTR DID FILE BR IN CLS | DOCS REQUESTED |
| 07/21/03 | 10007 | | | | $3,011.39 | 09/24/05 | 11:29:19 | 11:30:01 | 0:00:42 | 0:11:04 | FFT | DTR IS PAYING IN CLS | SUPP FILED |
| 08/14/03 | 10007 | | | | $312.74 | 09/24/05 | 11:32:18 | 11:32:55 | 0:00:37 | 0:02:17 | FFT | ACCOUNT IS PIF IN CLS | JUDGMENT ENTERD |
| 03/17/03 | 10007 | | | | $8,188.95 | 09/24/05 | 11:33:51 | 11:34:22 | 0:00:31 | 0:00:56 | FFT | DTR FILED BR IN CLS | JUDGMENT ENTERD |
| 06/02/03 | 10007 | | | | $619.57 | 09/24/05 | 11:36:51 | 11:38:15 | 0:01:24 | 0:02:29 | FFT | ACCOUNT IS PIF IN CLS | JUDGMENT ENTERD |

DAILY TOTALS:    8 Accounts Worked    Elapsed Time 0:16:28    1:04:34 UnWorked Time

COLLECTOR TOTALS:    10 Accounts Worked    Elapsed Time 0:44:06    1:04:34 UnWorked Time

REPORT TOTALS:    10 Accounts Worked    Elapsed Time 0:44:06    1:04:34 UnWorked Time