**08 C 517**

# EXHIBIT R

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

Harris and Zide (illegal)

Activity Report from

T.U.C.A.N.S. after Termination

Date

(redacted)

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE
## Collector Activity Report

Page No. 1

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO  EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Act | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/03 | 10007 | [redacted] | [redacted] | [redacted] | $3,470.82 | 10/09/05 | 10:55:52 | 11:03:51 | 0:07:59 | | FFT | OUTBOUND CALL DBT POE TO VERIFY EMPL DBT NO LONGER WORKS FO TERM DATE IS NOV 3 2001 | RECALLED CLOSED |
| 08/28/03 | 10020 | [redacted] | [redacted] | [redacted] | $8,340.29 | 10/09/05 | 12:20:32 | 12:21:30 | 0:00:58 | 1:16:41 | FFT | SKIP TRACE FLATRATE ACCURINT NO LEADS ON DBT NEW H/A NO LEADS POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TO IV FOR C STOP ACTION... | RECALLED CLOSED |
| 09/14/03 | 10007 | [redacted] | [redacted] | [redacted] | $6,645.57 | 10/09/05 | 12:23:46 | 12:25:55 | 0:02:09 | 0:02:16 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A DBT IS EVADING SERV GIVE INSTRUCTIONS TO LISA FOR SEV GIVE TO ANY ADULT AT H/A FAXING NE\ EAS | LAW SUIT FILED |
| 12/11/02 | 10018 | [redacted] | [redacted] | [redacted] | $4,285.44 | 10/09/05 | 12:26:21 | 12:27:51 | 0:01:30 | 0:00:26 | FFT | RECVED E MAIL FROM EAS SUBJECT DOES NOT LIVE AT H/A DBT IS EVAL GIVE NEW INSTRUCTIONS TO LISA TO SERV ANY ADULT @ H/A FAX NEW I LISA @ EAS | RECALLED CLOSED |
| 06/10/03 | 10014 | [redacted] | [redacted] | [redacted] | $5,090.93 | 10/09/05 | 12:37:54 | 12:39:42 | 0:01:48 | 0:10:03 | FFT | SKIP TRACE FLATRATE ACCURINT NO LEADS ON DBT NEW H/A NO LEADS POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TO V FOR C STOP ACTION | RECALLED CLOSED |
| 03/24/03 | 10007 | [redacted] | [redacted] | [redacted] | $6,542.51 | 10/09/05 | 12:40:40 | 12:44:05 | 0:03:25 | 0:00:58 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW HA ON DBT POE NO L NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TI DISM REQ STOP ACTION ON ACC | RECALLED CLOSED |
| 08/06/03 | 10014 | [redacted] | [redacted] | [redacted] | $13,428.56 | 10/09/05 | 12:49:19 | 12:50:29 | 0:01:10 | 0:05:14 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW HA ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TO DISM REQ STOP ACTION | RECALLED CLOSED |
| 01/09/03 | 10007 | [redacted] | [redacted] | [redacted] | $8,960.50 | 10/09/05 | 13:38:52 | 13:40:29 | 0:00:37 | 0:49:23 | FFT | SKIP TRACE DBT IS OUT OF STATE REFER FILE TO IV FOR DISM REQ STO | RECALLED CLOSED |
| 11/26/02 | 10014 | [redacted] | [redacted] | [redacted] | $6,334.75 | 10/09/05 | 13:58:16 | 14:00:44 | 0:02:28 | 0:17:49 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW HA ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TO DISM REQ STOP ACTION | RECALLED CLOSED |
| 04/25/03 | 10007 | [redacted] | [redacted] | [redacted] | $18,127.04 | 10/09/05 | 14:01:09 | 14:03:09 | 0:02:00 | 0:00:25 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW HA LEADS ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER F FOR DISM REQ STOP ACTION | RECALLED CLOSED |
| 07/03/03 | 10007 | [redacted] | [redacted] | [redacted] | $6,714.33 | 10/09/05 | 14:05:30 | 14:07:25 | 0:01:55 | 0:02:21 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW HA ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER F DISM REQ STOP ACTION | RECALLED CLOSED |
| 03/14/03 | 10020 | [redacted] | [redacted] | [redacted] | $4,171.54 | 10/09/05 | 14:46:29 | 14:46:54 | 0:00:25 | 0:41:04 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A INPUT FAX NEW I @ EAS... | RECALLED CLOSED |
| 07/30/03 | 10007 | [redacted] | [redacted] | [redacted] | $3,470.82 | 10/09/05 | 14:48:54 | 14:49:19 | 0:00:25 | 0:00:17 | FFT | FAXING DBT POE INFO TO LISA | RECALLED CLOSED |
| | | | | | | 10/09/05 | 14:48:36 | 14:51:12 | 0:01:36 | 0:00:17 | RAV | UPDATED DEBTOR#1 ADDRESS INFORMATION OLD ADDRESS:... | RECALLED CLOSED |
| | | | | | | 10/09/05 | 14:51:12 | 14:51:47 | 0:00:35 | | RAV | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A INPUT FAX NEW I @ EAS... | RECALLED CLOSED |
| 08/05/03 | 10007 | [redacted] | [redacted] | [redacted] | $11,851.64 | 10/09/05 | 14:53:36 | 14:53:56 | 0:00:20 | 0:00:14 | FFT | SKIP TRACE FLATRATE AND ACCURINT FOUND DBT NEW H/A FAX NEW H/ | RECALLED CLOSED |
| 02/24/03 | 10014 | [redacted] | [redacted] | [redacted] | $10,583.67 | 10/09/05 | 14:52:33 | 14:53:05 | 0:00:32 | 0:00:46 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO | UNCOLLECT CLSD |
| 05/15/03 | 10014 | [redacted] | [redacted] | [redacted] | | 10/09/05 | 14:53:05 | 14:53:22 | 0:00:17 | | RAV | VERIFIED DEBTOR#1 ADDRESS INFORMATION | UNCOLLECT CLSD |
| 05/05/03 | 10007 | [redacted] | [redacted] | [redacted] | $4,607.90 | 10/09/05 | 14:53:56 | 14:54:12 | 0:00:16 | 0:01:31 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO | RECALLED CLOSED |
| | | | | | | 10/09/05 | 14:56:16 | 14:56:16 | 0:00:33 | | RAV | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO | RECALLED CLOSED |
| | | | | | | 10/09/05 | 14:58:20 | 14:59:20 | 0:02:04 | | RAV | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO | RECALLED CLOSED |
| 07/10/03 | 10018 | [redacted] | [redacted] | [redacted] | $12,538.55 | 10/09/05 | 15:33:11 | 15:33:41 | 0:00:30 | 0:34:51 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO | RECALLED CLOSED |
| | | | | | | 10/09/05 | 15:33:41 | 15:34:18 | 0:00:35 | | RAV | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/ TO FOR NEW SERV | RECALLED CLOSED |

**DAILY TOTALS:**    17 Accounts Worked    Elapsed Time 0:34:05    4:04:19 UnWorked Time

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE
## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08     Collector: ESCOTO  EDWARD ESCOTO

Page No. 2



| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/03 | 10020 | | | | 2,113.40 | 10/10/05 | 11:28:17 | 11:46:23 | 0:18:06 | | FFT | SKIP TRACE FLATRATE ACCURINT DBT SOLD PROP @ ...TE SOLD 12/30/2002 TO ... ALSO FOUND DBT POSS NEW H/A ... COVINA CA 91790 DID A NRBY ... BUILDING MNRG SAID THE DBT MOVE ABOUT 1 MONTH AGO AND DSNT HAVE NEW H/A | DOCS RECEIVED |

| DAILY TOTALS: | 1 Accounts Worked | Elapsed Time 0:18:06 | UnWorked Time |
|---|---|---|---|

Case 1:08-cv-00517    Document 1-19    Filed 01/23/2008    Page 4 of 14



# LAW OFFICE OF HARRIS & ZIDE

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO    EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/03 | 10007 | | | | $7,568.14 | 10/14/05 | 10:22:15 | 10:59:33 | 0:37:18 | | FFT | OUTBOUND CALL DBT POE SPK TO HR DBT WORKS FOR COMP SUB SERV REFER FILE TO LEGAL DPT | LAW SUIT FILED |
| 12/09/02 | 10020 | | | | 113,029.29 | 10/14/05 | 12:57:07 | 13:06:28 | 0:09:21 | 1:57:34 | FFT | OUTBOUND CALL LISA @ EAS FOR NEW SERV A CA 90018 | RECALLED/CLOSED |

| DAILY TOTALS: | 2 Accounts Worked | Elapsed Time | 0:46:39 | 1:57:34 | UnWorked Time |
|---|---|---|---|---|---|

**Report Date:01/15/08**

# LAW OFFICE OF HARRIS & ZIDE
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 01/01/08   Collector: ESCOTO   EDWARD ESCOTO

**Page No. 4**



| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/02 | 10018 | | | | $3,097.30 | 10/15/05 | 11:11:25 | 11:14:57 | 0:03:32 | | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES TRW SAME H/A NO AKA I POE CONTINENTAL AIR HTEL SAME NEG=1 MTG=3 SKIP SAME H/A NO LE DBT NEW H/A NO LEADS ON DBT POE NO NRBY LSTNG FOR SKIP CLERIC REFER FILE TO IV FOR DISM REQ STOP ACTION . | RECALLED CLOSED |
| 05/29/03 | 10007 | | | | $160.61 | 10/15/05 | 11:31:31 | 11:33:26 | 0:01:55 | 0:16:34 | FFT | SKIP TRACE FLATRATE ACCURINT TRW FOUND NEW H/A INPUT AKA AMEI MEDRANO DOB 2/67 POE BELLSOUR MEDIAC H/TEL 809-0134 NEG=11 MTG NEWH/A TO LISA 2 EAS FOR NEW SERV | JUDGMENT ENTERD |
| | | | | | | | 11:33:26 | 11:34:13 | 0:00:47 | | RAV | UPDATED DEBTOR#1 ADDRESS INFORMATION OLD ADDRESS | JUDGMENT ENTERD |
| 07/10/03 | 10008 | | | | 121,978.60 | 10/15/05 | 11:43:28 | 11:47:31 | 0:04:03 | 0:09:15 | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES TRW FOUND DBT NEW H AKA FAX NEW H/A TO LISA @ EAS FOR NEW SERV @ 2 DFFRNTH/A LST H/A '11 90292 2ND H/A | RECALLED CLOSED |
| 12/11/02 | 10007 | | | | $7,501.80 | 10/15/05 | 11:48:01 | 11:54:38 | 0:06:37 | 0:00:30 | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES TRW SAME MTG=2 NO LEADS ON DBT NEW H/A NO LEADS ON DBT POE NO NRBY LST SKIP CLERICAL INPUT REFER FILE TO IV FOR DISM REQ STOP ACTION . | RECALLED CLOSED |
| 02/27/03 | 10014 | | | | $9,504.15 | 10/15/05 | 11:56:23 | 11:59:00 | 0:02:37 | 0:01:45 | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES TRW SAME H/A NO AKA I POE N/A H/TEL PRVT NEG=2 MTG=1 NO LEADS ON DBT POE NO LEADS ON H/A CLERICAL INPUT REFER FILE TO IV FOR DISM REQ STOP ACTION | RECALLED CLOSED |
| 08/20/02 | 10014 | | | | $5,226.26 | 10/15/05 | 13:17:06 | 13:38:19 | 0:21:14 | 1:18:05 | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES NO LEADS ON DBT NEW LEADS ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER F FOR DISM REQ STOP . | RECALLED CLOSED |
| 06/06/03 | 10007 | | | | $6,848.74 | 10/15/05 | 13:39:39 | 13:41:20 | 0:01:41 | 0:01:20 | FFT | SKIP TRACE FLATRATE ACCURINT TRW WHITEPAGES SAME H/A NEW H/A NO LEADS ON DBT POE NO NRBY LSTNG FOR SKIP CLWRICAL IN REFER FILE TO IV FOR DISM REQ STOP ACTION | RECALLED CLOSED |
| 02/19/03 | 10007 | | | | 16,318.50 | 10/15/05 | 13:43:54 | 13:47:06 | 0:03:12 | 0:02:34 | FFT | SKIP TRACE FLATRATE ACCURINT WHITEPAGES TRW SAME H/A AKA V LEADS ON DBT POE NO NRBY LSTNG CLERICAL INPUT NO LONGER FILE TO IV REQ STOP ACTION | RECALLED CLOSED |
| 07/24/03 | 10018 | | | | $6,400.33 | 10/15/05 | 15:18:52 | 15:22:11 | 0:03:19 | 1:31:46 | FFT | SKIP TRACE FLATRATE ACCURINT TRW FOUND DBT POSS NEW H/A INPUT | RECALLED CLOSED |
| | | | | | | | 15:22:11 | 15:22:48 | 0:00:37 | | RAV | US | RECALLED CLOSED |
| | | | | | | | 15:22:48 | 15:25:37 | 0:02:49 | | FFT | DDISREGART NOTES ADDRS IS FROM A (DMP) CLERICAL INPUT NO NEW I FILE TO IV FOR DISM REQ STOP ACTION | RECALLED CLOSED |
| 06/16/03 | 10020 | | | | $7,490.66 | 10/15/05 | 15:28:43 | 15:30:32 | 0:00:49 | 0:04:06 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT NEW H/A ON DBT POE NO NRBY LSTNG FOR SKIP CLERICAL INPUT REFER FILE TO DISM REQ STOP ACTION | RECALLED CLOSED |
| 07/26/03 | 10007 | | | | $2,954.29 | 10/15/05 | 15:32:26 | 15:34:00 | 0:01:34 | 0:01:54 | FFT | CLERICAL INPUT REFER FILE TO LEGAL TO SERV DBT AT H/A DBT WAS O TOWN REQ NEW SERV . | DOCS RECEIVED |
| 06/02/03 | 10007 | | | | $3,073.54 | 10/15/05 | 15:34:18 | 15:35:03 | 0:00:45 | 0:00:18 | FFT | CLERICAL INPUT SUB SERV DBT @ B/A REFER FILE TO LEGAL DPT | RECALLED CLOSED |
| 02/27/03 | 10014 | | | | 120,138.24 | 10/15/05 | 15:54:37 | 15:55:24 | 0:00:47 | 0:19:34 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A IS OUT OF STATE INPUT REFER FILE TO IV FOR DISM REQ STOP ACTION | RECALLED CLOSED |
| | | | | | | | 15:55:24 | 15:55:51 | 0:00:27 | | RAV | | RECALLED CLOSED |
| 07/08/03 | 10007 | | | | 11,041.61 | 10/15/05 | 15:56:58 | 15:59:35 | 0:02:37 | 0:01:07 | RAV | | RECALLED CLOSED |
| | | | | | | | 15:59:35 | 16:00:44 | 0:01:09 | | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A OUT OF STATE R TO IV FOR DISM REQ STOP ACTION . | RECALLED CLOSED |
| 04/07/03 | 10009 | | | | $8,764.34 | 10/15/05 | 16:05:09 | 16:05:30 | 0:00:21 | | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW H/A TO FOR NEW SERV . | JUDGMENT ENTERD |
| | | | | | | | 16:05:30 | 16:05:56 | 0:00:26 | 0:04:25 | RAV | | JUDGMENT ENTERD |

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE

## Collector Activity Report

Page No. 5

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO   EDWARD ESCOTO**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/03 | 10007 | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | 112,043.05 | 10/15/05 | 16:06:36 | 16:07:07 | 0:00:31 | 0:00:40 | FFT | SKIP TRACE FLA TRA TE ACCURINT FOUND NEW ADDRS FAX NEW INFO TO FOR NEW SERV . . . . . | LAW SUIT FILED |

| DAILY TOTALS: | 16 Accounts Worked | Elapsed Time | 1:01:49 | 3:53:53 UnWorked Time |
|---|---|---|---|---|

Report Date:01/15/08

Page No. 6

**LAW OFFICE OF HARRIS & ZIDE**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO  EDWARD ESCOTO



| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/03 | 10007 | | | | $1,473.51 | 10/16/05 | 10:59:08 | 11:10:33 | 0:11:25 | | FFT | SKOP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A INPUT SUB SER | DOCS RECEIVED |
| | | | | | | | 11:10:33 | 11:10:49 | 0:00:16 | | RAV | NEW H/A REFER FILE TO LEGAL DPT . . . . . | DOCS RECEIVED |
| 02/21/03 | 10007 | | | | $4,127.94 | 10/16/05 | 16:29:59 | 16:34:46 | 0:04:47 | 5:19:10 | FFT | SKIP TRACE FLATRATE ACCURINT NO LEADS ON DBT NEW H/A NO LEADS POE CLERICAL INPUT REFER FILE TO IV FOR DISM REQ STOP ACTION . . | RECALLED CLOSED |
| 05/07/03 | 10020 | | | | $9,114.32 | 10/16/05 | 16:45:19 | 16:46:03 | 0:00:44 | 0:10:33 | FFT | SKIP TRCE FLATRATE ACCURINT FOUND DBT NEW H/A FAX NEW INFO TO | LAW SUIT FILED |
| | | | | | | | 16:46:03 | 16:46:34 | 0:00:31 | | RAV | FOR NEW SERV    . . . . | LAW SUIT FILED |

| DAILY TOTALS: | 3 Accounts Worked | Elapsed Time 0:17:43 | 5:29:43 UnWorked Time |
|---|---|---|---|

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE
## Collector Activity Report

Page No. 7

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO  EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/03 | 10007 | | | F | $9,585.81 | 10/17/05 | 10:18:04 | 10:24:22 | 0:06:18 | | FFT | CLERICAL INPUT FAX NEW H/A TO LISA @ EAS FOR NEW SERV ..... | RECALLED CLOSED |
| 04/23/03 | 10007 | | | | $8,908.49 | 10/17/05 | 10:25:24 | 10:42:37 | 0:17:13 | 0:01:02 | FFT | SKIP TRACE FLATRATE ACCURINT SAME H/A NO LEADS ON DBT PROP NC DBT POE NO NRBY FOR SKIP CLERICAL INPUT REFER FILE TO IV FOR DISI STOP ACTION | RECALLED CLOSED |
| 06/09/03 | 10020 | | | | $9,487.06 | 10/17/05 | 10:55:50 | 11:21:10 | 0:25:20 | 0:13:13 | FFT | OUTBOUND CALL LISA @ EAS FOR SERV UPDATE DBT WAS NFH @ H/A OI CALL DBT POE SPK WITH H/R VERIFIED EMPL SEND OUT LAW SUIT TO PO H/A TO LISA @ EAS FOR NEW SERV ...... | RECALLED CLOSED |
| 02/07/03 | 10007 | | | | $1,555.65 | 10/17/05 | 11:31:20 | 11:36:17 | 0:04:57 | 0:10:10 | FFT | OUTBOUND CALL TO EAS FOR SERV STATUS LEFT MESS TO CALL BACK | LAW SUIT FILED |

**DAILY TOTALS:** 4 Accounts Worked    Elapsed Time 0:53:48    0:24:25 UnWorked Time

Report Date: 01/15/08

# LAW OFFICE OF HARRIS & ZIDE

## Collector Activity Report

Page No. 8

REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector: ESCOTO   EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/02 | 10007 | | ▬▬▬▬ | | $5,238.53 | 10/21/05 | 10:22:21 | 10:31:36 | 0:09:15 | | FFT | SKIP TRACE FLATRATE FOUND DBT POSS NEW H/A REFER FILE TO LEGA | LAW SUIT FILED |
| | | | | | | | 10:31:36 | 10:32:06 | 0:00:30 | | RAV | NEW SERV | LAW SUIT FILED |
| 05/29/03 | 10014 | | ▬▬▬▬ | | $3,554.55 | 10/21/05 | 10:55:44 | 10:58:19 | 0:02:35 | 0:23:38 | FFT | SKIP TRACE FLATRATE ACCOUNT SAME H/A NO LEADS ON DT MNEW H/ NO NRBY LSATNG FOR SKIP CLERICAL INPUT REFER FILE TO IV FOR DISN STOP ACTION | RECALLED CLOSED |
| 06/18/03 | 10014 | | ▬▬▬▬ | | $17,917.52 | 10/21/05 | 12:19:40 | 12:26:19 | 0:06:39 | 1:21:21 | FFT | SKIP TRACE DBT TRW SHOW DBT IS DECEASED CLERICAL INPUT REFER FOR DISM REQ STOP ACTION ... | RECALLED CLOSED |
| 05/31/03 | 10014 | | ▬▬▬▬ | | $3,797.29 | 10/21/05 | 12:28:46 | 12:35:18 | 0:06:32 | 0:02:27 | FFT | SKIP TRACE FLATRATE ACCURINT DBT IS OUT OF STATE REFER FILE TO I REQ STOP ACTION . . . | DOCS RECEIVED |
| | | | | | | | 12:35:18 | 12:35:39 | 0:00:21 | 0:02:27 | RAV | ▬▬▬▬▬▬▬▬▬▬▬ | DOCS RECEIVED |

**DAILY TOTALS:**   4 Accounts Worked   Elapsed Time   0:25:52   1:47:26   UnWorked Time

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE

## Collector Activity Report

Page No. 9

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ESCOTO  EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/03 | 10007 | | | | $11,041.61 | 10/22/05 | 8:41:56 | 08:45:03 | 0:03:07 | | FFT | CLERICAL INPUT PER MR AJ DO NOT CDISM ACC DBT LIVES IN ALTADENA | RECALLED CLOSED |
| 03/27/03 | 10007 | | | | $6,705.77 | 10/22/05 | 11:00:00 | 11:05:33 | 0:05:33 | | FFT | CLERICAL INPUT SEND OUT NEW SERV @ H/A ABOVE | RECALLED CLOSED |
| 07/15/03 | 10018 | | | | $10,951.31 | 10/22/05 | 14:18:13 | 14:19:22 | 0:01:09 | | FFT | CLERICAL INPUT DBT IS OUT OF STATE INPUT NEW H/A | RECALLED CLOSED |
| | | | | | | | 14:19:22 | 14:19:57 | 0:00:35 | 3:12:40 | RAV | CLERICAL INPUT DBT IS OUT OF STATE INPUT NEW H/A | RECALLED CLOSED |
| | | | | | | | 14:19:57 | 14:20:26 | 0:00:29 | 2:14:57 | FFT | CLERICAL INPUT DBT IS OUT OF STATE REFER FILE TO IV FOR DISM REQ ACTION | RECALLED CLOSED |
| 01/07/03 | 10007 | | | | $4,748.60 | 10/22/05 | 14:33:14 | 14:41:55 | 0:08:41 | 0:12:48 | FFT | CLERICAL INPUT FAX DBT B/A TO LISA 2 EAS FOR NEW SERV | JUDGMENT ENTERD |
| 03/27/03 | 10014 | | | | $8,017.34 | 10/22/05 | 14:42:41 | 15:07:29 | 0:24:48 | 0:00:46 | FFT | CLERICAL INPUT FAX EAS MAP OF DBT H/A REFER TO LISA ... | RECALLED CLOSED |
| 07/29/03 | 10007 | | | | $9,572.65 | 10/22/05 | 15:16:18 | 15:19:37 | 0:03:19 | 0:08:49 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A DBT IS OUT OF $ | RECALLED CLOSED |
| | | | | | | | 15:19:37 | 15:20:15 | 0:00:38 | | RAV | ADDR | RECALLED CLOSED |
| | | | | | | | 15:20:15 | 15:20:31 | 0:00:16 | | FFT | CLERICAL INPUT REFER FILE TO IV FOR DISM REQ STOP ACTION ... | RECALLED CLOSED |
| 09/12/03 | 10008 | | | | $6,266.24 | 10/22/05 | 15:31:28 | 15:46:01 | 0:14:33 | 0:10:57 | FFT | SKIP TRACE ACCURINT FOUND DBT NEW H/A DBT IS OUT OF STATE REFE | RECALLED CLOSED |
| | | | | | | | 15:46:01 | 15:46:29 | 0:00:28 | | RAV | FOE DISM REQ STOP ACTION... | RECALLED CLOSED |

**DAILY TOTALS:**    7 Accounts Worked    Elapsed Time  1:03:36    6:00:57  UnWorked Time

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE
## Collector Activity Report

Page No. 10

REPORT DATE RANGE:07/10/05 to 01/01/08     Collector: ESCOTO  EDWARD ESCOTO

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/03 | 10015 | | | | ۱14,582.81 | 10/23/05 | 8:44:16 | 09:39:51 | 0:55:35 | | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT POSS NEW H/A SUB SERV H/A REFER FILE TO LEGAL DPT......; | LAW SUIT FILED |
| | | | | | | | 9:39:51 | 09:43:41 | 0:03:50 | | RAV | | LAW SUIT FILED |
| 07/28/03 | 10007 | | | | $2,896.76 | 10/23/05 | 9:46:01 | 10:01:32 | 0:15:31 | 0:02:20 | FFT | CLERICAL INPUT SUB SERV DBT @ B/A REFER FILE TO LEGAL DPT | DOCS RECEIVED |
| 07/10/03 | 10007 | | | | $0.00 | 10/23/05 | 10:02:55 | 11:32:37 | 1:29:42 | 0:01:23 | FFT | SKIP TRACE ACCURINT ADDRS IS NOT | RECALLED CLOSED |
| | | | | | | | 11:32:37 | 11:33:00 | 0:00:23 | | RAV | SERV... | RECALLED CLOSED |
| 01/03/03 | 10020 | | | | $1,660.73 | 10/23/05 | 13:07:01 | 14:02:47 | 0:55:46 | 1:34:01 | FFT | SKIP TRACE ACCURINT FOUND POSS NEW H/A INPUT IN SUB SERV DBT @ REFER FILE TO LEGAL DPT. | DOCS RECEIVED |
| | | | | | | | 14:02:47 | 14:03:22 | 0:00:35 | | RAV | | DOCS RECEIVED |
| 07/30/03 | 10007 | | | | $5,938.91 | 10/23/05 | 14:04:34 | 15:29:10 | 1:24:36 | 0:01:12 | FFT | SKIP TRCE ACCURINT FOUND DBT POSS NEW H/A SUB SERV DBT @ NEW FILE TO LEGAL DPT... | SKIP TRACING |
| | | | | | | | 15:29:10 | 15:29:35 | 0:00:25 | | RAV | | SKIP TRACING |
| 07/28/03 | 10007 | | | | $295.92- | 10/23/05 | 15:57:42 | 16:25:11 | 0:27:29 | 0:28:07 | FFT | SKIP TRACE FLATRATE ACCURINT FOUND DBT NEW H/A SUB SERV DBT @ REFER FILE TO LEGAL DPT | LAW SUIT FILED |
| | | | | | | | 16:25:11 | 16:25:40 | 0:00:29 | | RAV | | LAW SUIT FILED |

DAILY TOTALS:     6 Accounts Worked     Elapsed Time     5:34:21     2:07:03  UnWorked Time



**Report Date:01/15/08**

**LAW OFFICE OF HARRIS & ZIDE**

**Collector Activity Report**

**REPORT DATE RANGE:07/10/05 to 01/01/08   Collector: ESCOTO   EDWARD ESCOTO**

**Page No. 11**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/03 | 10018 | | | | $573.39 | 10/24/05 | 13:42:47 | 14:01:36 | 0:18:49 | | FFT | SKIP FLATRATE ACCURNT FOUND DBT NEW H/A FAX NEW H/A TO LISA @ NEW SERV . | LAW SUIT FILED |
| | | | | | | | 14:01:36 | 14:02:07 | 0:00:31 | | RAV | | LAW SUIT FILED |
| 05/20/03 | 10007 | | | | $10,730.93 | 10/24/05 | 14:02:20 | 14:02:58 | 0:00:38 | 0:00:13 | FFT | OUTBOUND CALL LISA @ EAS LEFT MESS ON V MAIL | JUDGMENT ENTERD |
| 12/11/02 | 10008 | | | | $3,963.88 | 10/24/05 | 14:03:27 | 14:10:21 | 0:06:54 | 0:00:29 | FFT | SKIP TRACE FLATRATE ACCURNT FOUND DBT POSS NEW H/A SUB SERV H/A REFER FILE TO LEGAL DPT | LAW SUIT FILED |
| | | | | | | | 14:10:21 | 14:10:46 | 0:00:25 | | RAV | | LAW SUIT FILED |
| 12/09/02 | 10007 | | | | $10,450.29 | 10/24/05 | 14:29:02 | 14:42:08 | 0:13:06 | 0:18:16 | FFT | SKIP TRACE FLATRATE ACCURNT NO LEADS ON DBT NEW H/A NO LEADS POE NO NRBY LSTNG REFER FILE TO IV FOR DISM REQ STOP ACTION | LAW SUIT FILED |
| 05/19/03 | 10020 | | | | $7,897.49 | 10/24/05 | 14:43:44 | 14:55:20 | 0:11:36 | 0:01:36 | FFT | OUTBOUND CALL LISSA @ EAS FOR STATUS ON SERV | RECALLED CLOSED |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | | | **5 Accounts Worked** | | | **Elapsed Time** | **0:51:59** | | **0:20:34** | **UnWorked Time** |
| **COLLECTOR TOTALS:** | | | **65 Accounts Worked** | | | **Elapsed Time** | **11:47:58** | | **26:05:54** | **UnWorked Time** |

**Report Date:01/15/08**

**LAW OFFICE OF HARRIS & ZIDE**

**Collector Activity Report**

**Page No. 12**

**REPORT DATE RANGE:07/10/05 to 01/01/08　Collector: NANCY　NANCY JOHNSON**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/03 | | | | | $9,630.08 | 07/25/05 | 12:09:39 | 12:12:32 | 0:02:53 | | FFT | PER CALL TO SAN DIEGO CENTRAL DIST 619.531.4460: CASE NO.▓▓▓ DISMISSED BY THE COURT ON 7/9/2004...DUE TO NO INFO ON SETTLEMEN | DOCS REQUESTED |

| | | | | | | | Elapsed Time | | | UnWorked Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | **1 Accounts Worked** | | | | | | **0:02:53** | | | **0:00:00 UnWorked Time** | | | |
| **COLLECTOR TOTALS:** | **1 Accounts Worked** | | | | | | **0:02:53** | | | **0:00:00 UnWorked Time** | | | |

Report Date:01/15/08

# LAW OFFICE OF HARRIS & ZIDE

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ROBERTLE ROBERT LEE

Page No. 13

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/03 | 10014 | ▬▬▬▬▬ | | | $5,154.81 | 08/08/05 | 16:19:01 | 16:19:24 | 0:00:23 | 4:06:29 | FFT | MSJ SET FOR 10/20/05, 9:30AM, DEPT 301, SENT VIA EAS. | DOCS RECEIVED |

**DAILY TOTALS:** 1 Accounts Worked    Elapsed Time 0:00:23    4:06:29 UnWorked Time

**COLLECTOR TOTALS:** 1 Accounts Worked    Elapsed Time 0:00:23    4:06:29 UnWorked Time

**REPORT TOTALS:** 67 Accounts Worked    Elapsed Time 11:51:14    30:12:23 UnWorked Time