**08 C 517**

# EXHIBIT S

**JUDGE LEFKOW
MAGISTRATE JUDGE KEYS**

Regent and Associates (illegal)

Activity Report from
T.U.C.A.N.S. after Termination
Date

(redacted)

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: AJOLA   Abby Jola

Page No. 1

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/03 | 10007 | | | | $244.00 | 07/26/05 | 7:57:02 | 07:57:31 | 0:00:29 | | FFT | DRAFTED AND FILED NON SUIT | RECALLED CLOSED |

| | | | | |
|---|---|---|---|---|
| DAILY TOTALS: | 1 Accounts Worked | Elapsed Time | 0:00:29 | UnWorked Time |
| COLLECTOR TOTALS: | 1 Accounts Worked | Elapsed Time | 0:00:29 | UnWorked Time 0:00:00 |

Report Date: 01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector: AREGENT Anh Regent

Page No. 2

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/03 | 10018 | ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ | $4,700.00 | 09/07/05 | 11:46:53 | 11:59:57 | 0:14:04 | 3:48:22 | FFT | RTN'D CW'S CALL CM ABUSIVE AND COMPLAINING ABOUT COPIES OF STI MSJ. SAYS "YOU'LL BE HEARING FROM ME"- ANH DECLINED CW'S REQUE OUR INSURANCE CARRIER. CM EARLIER LFT MSG TO RETURN CALL AT T2 | RECALLED CLOSED |

| DAILY TOTALS: | 1 Accounts Worked | Elapsed Time | 0:14:04 | UnWorked Time | 3:48:22 |
|---|---|---|---|---|---|
| COLLECTOR TOTALS: | 1 Accounts Worked | Elapsed Time | 0:14:04 | UnWorked Time | 3:48:22 |

Report Date:01/15/08

**LAW OFFICES OF REGENT & ASSOCIATES LLP**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor

Page No. 3

| Listing Client Date Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/02 10018 | | | | $8,231.88 | 09/20/05 | 14:49:33 | 14:59.01 | 0:09:28 | 2:49:36 | FFT | FAXED RELEASE OF JUDGMENT TO ATTORNEY | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked      Elapsed Time    0:09:28      2:49:36    UnWorked Time

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

Report Date:01/15/08

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor

| Listing Client Date. Code. | Client Name. | Account Number. | Account Name. | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code. | Transaction Narrative. | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/02 10007 | | | | $7,963.15 | 10/03/05 | 14:01:32 | 14:01:58 | 0:00:26 | | FFT | RCVD NOTICE OF BKTY CH7 IN WESTERN DIST OF WA | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:00:26    UnWorked Time

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor

| Listing Client<br>Date  Code | Client<br>Name | Account<br>Number | Account<br>Name | Current<br>Balance | Date<br>Worked | Time<br>In | Time<br>Out | Elapsed<br>Time | Time From<br>Previous Acct | Trans<br>Code | Transaction<br>Narrative | Current<br>Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/03  1000 | | | | 110,891.38 | 10/17/05 | 9:09:59 | 09:13:16 | 0:03:17 | | FFT | CM FILED BKTY IN NORTHERN DISTRICT, CAS | RECALLED CLOSED |

**DAILY TOTALS:**            1 Accounts Worked            Elapsed Time            0:03:17            UnWorked Time

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

Page No. 6

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/03 | 10018 | ▓▓▓ | ▓▓▓ | ▓▓▓ | $616.23 | 11/14/05 | 15:12:17 | 15:15:48 | 0:03:31 | 5:59:01 | FFT | DRAFTED AND MAILED OUT NON-SUIT | RECALLED CLOSED |
| 08/22/03 | 10008 | | | | $6,199.55 | 11/14/05 | 15:18:40 | 15:19:15 | 0:00:35 | 0:02:52 | FFT | DRAFTED AND MAILED NOTICE OF NON-SUIT | RECALLED CLOSED |
| 01/09/03 | 10007 | | | | $0.00 | 11/14/05 | 15:27:05 | 15:27:15 | 0:00:10 | 0:07:50 | FFT | DRAFTED AND MAILED NON-SUIT; | RECALLED CLOSED |

**DAILY TOTALS:**    3 Accounts Worked    Elapsed Time    0:04:16    6:09:43    UnWorked Time

Report Date: 01/15/08

**LAW OFFICES OF REGENT & ASSOCIATES LLP**

**Collector Activity Report**

**REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor**

Page No. 7

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/02 | 10020 | | | | $228.00 | 11/16/05 | 7:48:57 | 07:48:14 | 0:00:17 | | FFT | DRAFTED AND MAILED OUT NON-SUIT | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:00:17    UnWorked Time

Report Date:01/15/08

**LAW OFFICES OF REGENT & ASSOCIATES LLP**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: ATAYLOR Ashley Taylor

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/02 | 10007 | | | | $1,275.57 | 1/12/2005 | 12:42:09 | 12:43:24 | 0:01:15 | 4:52:55 | FFT | DRAFTED AND MAILED OUT NOTICE OF NON-SUIT WITH PRED | RECALLED CLOSED |

**DAILY TOTALS:**      **1 Accounts Worked**      **Elapsed Time**      **0:01:15**      **4:52:55 UnWorked Time**

Report Date: 01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector:  ATAYLOR Ashley Taylor**

Page No. 9

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/25/02 | 10007 | ▮▮▮ | ▮▮▮ | ▮▮▮ | $3,345.89 | 11/29/05 | 13:09:30 | 13:10:14 | 0:00:44 | 0:26:06 | FFT | CH FILED ANOTHER BKTY CASE ▮▮ ▮ASTERN DC OF TX | RECALLED CLOSED |
| 7/25/03 | 10007 | ▮▮▮ | ▮▮▮ | ▮▮▮ | $8,619.56 | 11/29/05 | 13:12:57 | 13:13:52 | 0:00:55 | 0:02:43 | FFT | CH 13 BKTY CONVERTED TO CH 7 11/21/2005 ▮▮ ▮ESTERN DC OF TX | RECALLED CLOSED |

**DAILY TOTALS:  2 Accounts Worked    Elapsed Time  0:01:39    UnWorked Time  0:28:49**

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE:07/10/05 to 01/01/08   Collector: ATAYLOR  Ashley Taylor

Page No. 10

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/02 | 10007 | | | | $1,598.79 | 12/02/05 | 9:55:11 | 09:55.24 | 0:00:13 | | FFT | DRAFTED NOTICE OF NON-SUIT : | RECALLED CLOSED |

| | | | | |
|---|---|---|---|---|
| **DAILY TOTALS:** | **1 Accounts Worked** | **Elapsed Time** 0:00:13 | **UnWorked Time** | |
| **COLLECTOR TOTALS:** | **11 Accounts Worked** | **Elapsed Time** 0:20:51 | **14:21:03 UnWorked Time** | |

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: BCORTEZ, BENNETT CORTEZ**

Page No. 11

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/0503 | 10007 | ▬▬ | ▬▬ | ▬ | $8,123.71 | 08/11/05 | 11:48:18 | 11:52:28 | 0:04:10 | 1:52:54 | FFT | RANDAL NAME CRUSE AND ASSOC ▬▬ | JUDGMENT ENTERD |
| | | | | | | | 11:52:28 | 11:54.08 | 0:01:40 | | DHATTY | ADDED DEBTOR'S ATTORNEY INFORMATION | JUDGMENT ENTERD |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time 0:05:50    1:52:54 UnWorked Time

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: BCORTEZ    BENNETT CORTEZ

Page No. 12

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/02 | 10007 | | | | $1,721.26 | 10/26/05 | 15:28:41 | 15:28:58 | 0:00:17 | 3:34:33 | JTR-M122 | LETTER NO. M1222 (POST JUDGMENT DEMAND LTR) REQUESTED | JUDGMENT ENTERD |

**DAILY TOTALS:** 1 Accounts Worked    Elapsed Time 0:00:17    UnWorked Time 3:34:33

**COLLECTOR TOTALS:** 2 Accounts Worked    Elapsed Time 0:06:07    UnWorked Time 5:27:27

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  BSCHIRO  Bennie Schiro

Page No. 13

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/03 | 10020 | | | | $7,574.88 | 08/01/05 | 9:45:11 | 09:46:24 | 0:01:13 | | FFT | DISCUSSED RELEASE OF JUDGMENT WITH JIMMY PEACOCK, ATTY. (4/22) FUNDS WERE FORWARDED TO THIS OFFICE FRIDAY JULY 29, 2005, WILL E RELEASE ONCE FUNDS ARE RECEIVED AND CLEAR FINANCIAL INSTITUTIN | JUDGMENT ENTERD |

| DAILY TOTALS: | 1 Accounts Worked | Elapsed Time | 0:01:13 | UnWorked Time | |
|---|---|---|---|---|---|

| COLLECTOR TOTALS: | 1 Accounts Worked | Elapsed Time | 0:01:13 | 0:00:00 | UnWorked Time |
|---|---|---|---|---|---|

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  CWATSON  Cynthia Watson

Page No. 14

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/02 | 10007 | | | | 110,348.37 | 07/10/05 | 14:37:21 | 14:38:28 | 0:01:07 | 4:50:57 | FFT | BKTY FILED 07/07/05 - NORTHERN OF OKLAHOMA | RECALLED CLOSED |
| 10/07/02 | 10019 | | | | 110,981.29 | 07/10/05 | 14:39:30 | 14:40:02 | 0:00:32 | 0:01:02 | FFT | BKTY FILED 06/06/05 - EASTERN OF OKLAHOMA | RECALLED CLOSED |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | | | **2 Accounts Worked** | | | | **Elapsed Time** | | **0:01:39** | | **UnWorked Time** | **4:51:59** | |
| **COLLECTOR TOTALS:** | | | **2 Accounts Worked** | | | | **Elapsed Time** | | **0:01:39** | | **UnWorked Time** | **4:51:59** | |

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: KDAVIS    Kanesha Davis**

Page No.: 15

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/3/01 10007 | | | | | $2,000.00 | 08/22/05 | 14:28:12 | 14:33:04 | 0:04:32 | | FFT | CITIBANK CLLD IN RCVD CLL FROM DBTR STATING THAT JUDGMENTS S SHOWING UP ON CBRP ADV LTR THAT I WILL HAVE IT SENT TO CORRECT I FOR SATISFACTION OF JUDGMENT TO BE DONE/ WANTED TO KNOW HOW I CONSUTED W/ MNGR MP/AYNE ADV WILL HAVE DRIFTED TODAY AND MAILE FEW DAYS/ WILL FRWRD INFO TO MPAYNE. | RECALLED CLOSED |

---

**DAILY TOTALS:**       1 Accounts Worked       Elapsed Time   0:04:32       UnWorked Time

**COLLECTOR TOTALS:**       1 Accounts Worked       Elapsed Time   0:04:32       0:00:00   UnWorked Time

Report Date: 01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP
## Collector Activity Report

Page No. 16

REPORT DATE RANGE: 07/10/05 to 01/01/08    Collector: LHUDSON    Lores Hudson

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/03 | 10014 | ▬▬▬ | | ▬▬▬ | $5,086.65 | 07/27/05 | 17:49:58 | 17:51:25 | 0:01:27 | 3:16:54 | FFT | INB FRM ▬▬ WNTS ACCNT REMVD FRM CBR | RECALLED CLOSED |

**DAILY TOTALS:** 1 Accounts Worked    Elapsed Time 0:01:27    3:16:54 UnWorked Time

**COLLECTOR TOTALS:** 1 Accounts Worked    Elapsed Time 0:01:27    3:16:54 UnWorked Time

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08**    **Collector: MPAYNE   Michelle Payne**

Page No. 17

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/03 10007 | | ▬▬▬▬▬▬ | | ▬▬▬▬▬▬ | $330.00 | 09/27/05 | 11:07:53 | 11:12:33 | 0:04:10 | | FFT | SPK TO MEGAN AT FIDELITY NATL TITLE RELEASE OF JUDGMT AND FAX IT TO ME FOR WANT TO SIGN WE WILL THEI BK TO THEM USING THERE ACCT INFO. AND THEY'R GOING TO FILE IT WI COURT | RECALLED CLOSED |

**DAILY TOTALS:**        1 Accounts Worked        Elapsed Time      0:04:10      UnWorked Time      0:00:00

**COLLECTOR TOTALS:**    1 Accounts Worked        Elapsed Time      0:04:10      UnWorked Time      0:00:00

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE:07/10/05  to  01/01/08    Collector:  MVALLIER Michelle Vallier

Page No. 18

| Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22801 10008 | ■■■■■■■■■■ | | | $425.10 | 07/21/05 | 10:54:48 | 10:57:40 | 0:02:52 | | FFT | MAILED RELEASE OF JOGMNT TO DEFENDANT | RECALLED CLOSED |

| | Account Number | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | **1 Accounts Worked** | | | | | | | **Elapsed Time** | **0:02:52** | | **UnWorked Time** | **0:00:00** |

| **COLLECTOR TOTALS:** | **1 Accounts Worked** | | | **Elapsed Time** | **0:02:52** | | **UnWorked Time** | **0:00:00** |
|---|---|---|---|---|---|---|---|---|

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  PMILES   Pauline Miles**

Page No. 19

| Listing Date. | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/25/03  10008 | | | | | $2,842.64 | 07/27/06 | 13:42:40 | 13:46:04 | 0:03:24 | 2:45:00 | FFT | MOTION TO RETAIN DRAFTED AND FILED | LAW SUIT FILED |

| DAILY TOTALS: | 1 Accounts Worked | | | | | | | | Elapsed Time | 0:03:24 | UnWorked Time | 2:45:00 |

| COLLECTOR TOTALS: | 1 Accounts Worked | | | | | | | | Elapsed Time | 0:03:24 | UnWorked Time | 2:45:00 |

**Report Date:01/15/08**

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  RCONN    Rena Conn**

**Page No. 20**

| Listing Date Code | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02717/02 10007 | | | | | $1,330.85 | 08/18/05 | 13:13:30 | 13:14.03 | 0:00.33 | | FFT | RELEASE OF JUDGMENT DRAFTED | ACCT SETTL.CLSD |

**DAILY TOTALS:**      1 Accounts Worked      Elapsed Time      0:00:33      UnWorked Time

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08   Collector: RCONN   Rena Conn

Page No. 21

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/02 | 10007 | | | | $1,331.12 | 09/12/05 | 10:16:51 | 10:19:16 | 0:02:25 | | FFT | FAXED RELEASE OF LEIN TO TITLE CO | RECALLED CLOSED |
| 09/22/02 | 10020 | | | | $0.00 | 09/12/05 | 10:19:22 | 10:19:37 | 0:00:15 | 0:00:06 | FFT | FAXED RELEASE OF LEIN TO TITLE CO | ACCT SETTL CLSD |

**DAILY TOTALS:**   2 Accounts Worked   Elapsed Time 0:02:40   UnWorked Time 0:00:06

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  RCONN    Rena Conn

Page No. 22

| Listing Date. | Client Code. | Client Name | Account Number. | Account Name. | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code. | Transaction Narrative | Current Disposition. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/02 | 10018 | | | | $0.00 | 10/23/05 | 16:41:21 | 16:42:00 | 0:00:39 | 6:21:44 | FFT | DRAFTED RELEASE OF LIEN | RECALLED CLOSED |

| DAILY TOTALS: | 1 Accounts Worked | Elapsed Time | 0:00:39 | 6:21:44  UnWorked Time |
|---|---|---|---|---|

**Report Date:01/15/08**

**Page No. 23**

## LAW OFFICES OF REGENT & ASSOCIATES LLP

### Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  RCONN   Rena Conn**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/02 | 1006 | | | | $1,500.00 | 10/31/05 | 7:51:04 | 07:51:18 | 0:00:14 | | FFT | DRAFTED LIEN RELEASE | RECALLED CLOSED |

**DAILY TOTALS:**          1 Accounts Worked          Elapsed Time          0:00:14          UnWorked Time

Report Date:01/15/08

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 01/01/08    Collector:  RCONN  Rena Conn

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/02 10:02 | | | | | $3,072.06 | 11/16/05 | 7:43:23 | 08:09.37 | 0:26:14 | | FFT | RELEASE OF LIEN DRAFTED AND FAXED TO TITLE CO TO FILE WITH COUR | RECALLED CLOSED |

**DAILY TOTALS:**          1 Accounts Worked          Elapsed Time          0:26:14          UnWorked Time

Report Date:01/15/08

**LAW OFFICES OF REGENT & ASSOCIATES LLP**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05  to 01/01/08    Collector:  RCONN   Rena Conn

Page No. 25

| Listing Date | Client Code | Client Name | Current Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/03 10018 | | | | | $8,123.17 | 11/19/05 | 9:58:30 | 09:58.42 | 0:00:12 | 1:48:53 | FFT | DRAFTED LIEN RELEASE | RECALLED CLOSED |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | **1 Accounts Worked** | | | | **Elapsed Time** | **0:00:12** | **UnWorked Time** | **1:48:53** |
| **COLLECTOR TOTALS:** | **7 Accounts Worked** | | | | **Elapsed Time** | **0:30:32** | **UnWorked Time** | **8:10:43** |

**Report Date:01/15/08**

# LAW OFFICES OF REGENT & ASSOCIATES LLP

## Collector Activity Report

### REPORT DATE RANGE:07/10/05 to 01/01/08    Collector: RMEANS    Roderick Means

**Page No. 26**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/03 10007 | | WATSON, NORMA | | | $200.00 | 09/14/05 | 15:22:04 | 15:29.30 | 0:07:26 | 5:23:22 | TRN | CALLED HOME PHONE FOR DEBTOR 1:UNABLE TO LEAVE MESS: VOICE M | ACCT SETTL CLSD |

**DAILY TOTALS:**

| | | | | | | | | Elapsed Time | 0:07:26 | | 5:23:22 | **UnWorked Time** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 Accounts Worked** | | | | | | | | | | | | | |

**COLLECTOR TOTALS:**

| | | | | | | | | Elapsed Time | 0:07:26 | | 5:23:22 | **UnWorked Time** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 Accounts Worked** | | | | | | | | | | | | | |

**REPORT TOTALS:**

| | | | | | | | | Elapsed Time | 1:38:46 | | 48:04:50 | **UnWorked Time** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **31 Accounts Worked** | | | | | | | | | | | | | |