**08 C 517**

# EXHIBIT T

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

James D. Cortez

Attorney at Law (illegal)

Activity Report from

T.U.C.A.N.S. after Termination

Date

(redacted)

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector:  BLL    **BECKY LANNING**

Page No. 1

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/02 | 10007 | | | HOTTLE, JASON G | $722.75 | 08/01/05 | 14:36:18 | 14:37:51 | 0:01:33 | | FFT | RECD CH 7 BKRPCTY NOTICE DATED 7/25/05 CASE #0583382, | RECALLED CLOSED |
| | | | | | | | 14:37:51 | 14:38:07 | 0:00:16 | | FFT | PUT IN FRONT OF BOX 2U. | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time    0:01:49**    **UnWorked Time**

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

Page No. 2

REPORT DATE RANGE=07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/02 | 10007 | | | HAYNES, BENJAMIN N | $4,140.74 | 09/27/05 | 14:39:21 | 14:40:14 | 0:00:53 | 0:01:14 | FFT | RECD THIRD APPLICATION FOR AWARD & APPROVAL OF PYMT OF POST CONFIRMATION ATTY FEES AS AN ADMINISTRATIVE EXPENSE OF CH 13 P IN FRONT OF BOX 2X. | RECALLED CLOSED |
| 09/16/03 | 10007 | | | 3LMANN, SONYA | $5,335.36 | 09/27/05 | 14:40:25 | 14:40:39 | 0:00:14 | 0:00:11 | FFT | DISCHARGE OF DEBTOR DATED 9/10/05, PUT IN FRONT OF BOX 2X. | RECALLED CLOSED |
| 03/06/02 | 10007 | | | .., TERRY K | $5,151.53 | 09/27/05 | 14:40:58 | 14:41:17 | 0:00:19 | 0:00:19 | FFT | DISCHARGE OF DEBTOR AFTER COMPLETION OF CH 13 PLAN. PUT IN FRC 2X. | RECALLED CLOSED |
| 04/29/01 | 10008 | | | MCCONNELL, SANDRA K | $4,429.17 | 09/27/05 | 14:41:27 | 14:41:47 | 0:00:20 | 0:00:10 | FFT | NOTICE OF WITHDRAWAL OF DEBTORS MOTION TO EXCUSE PYMTS. PUT OF BOX 2X. | RECALLED CLOSED |
| 12/07/01 | 10007 | | | TRAMMELL, JULIE M | $8,530.09 | 09/27/05 | 14:41:57 | 14:42:09 | 0:00:12 | 0:00:10 | FFT | RECD NOTICE OF ORDER DISMISSING CASE, PUT IN FRONT OF BOX 2X. | RECALLED CLOSED |

**DAILY TOTALS:**    **5 Accounts Worked**    **Elapsed Time** 0:01:58    **UnWorked Time** 0:02:04

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No. 3

| Listing Date. | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/01 | 10808 | | 2 | MCCONNELL, SANDRA K | $4,426.17 | 10/05/06 | 16:38:02 | 16:38:19 | 0:00:17 | 1:56:53 | FFT | NOTICE OF DISMISSAL ENTERED 9/29/06, PUT IN FRONT OF BOX 2Y. | RECALLED CLOSED |

**DAILY TOTALS:**   1  Accounts Worked      **Elapsed Time**  0:00:17      1:56:53   **UnWorked Time**

| Report Date:04/13/07 | | | | | LAW OFFICE OF JAMES D. CORTEZ | | | | | | | | | Page No.4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Collector Activity Report | | | | | | | | | |
| | | | REPORT DATE RANGE:07/10/05 to 04/13/07 | | | | Collector:　BLL | | | BECKY LANNING | | | | |
| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | | Current Disposition |
| 10/02/01 | 18007 | | | BOWENS, JEFFERY K | $9,727.50 | 10/11/05 | 9:17:34 | 09:17:46 | 0:00:12 | | FFT | DISCHARGE OF DEBTOR DATED 10/3/05. PUT IN FRONT OF BOX 2Y. | | RECALLED CLOSED |
| 11/30/01 | 10007 | | | DiPIAZZA, TAMMI | $245.20 | 10/11/05 | 15:03:17 | 15:03:31 | 0:00:14 | 5:45:31 | FFT | NOTICE OF ORDER DISMISSING CASE. PUT IN FRONT OF BOX 2Y | | RECALLED CLOSED |
| **DAILY TOTALS:** | | **2 Accounts Worked** | | | | | | **Elapsed Time** | **0:00:26** | | | **5:45:31　UnWorked Time** | | |

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No. 5

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/01 | 10007 | | | PECK, SCOTT E | $11,068.61 | 10/2005 | 12:50:54 | 12:51:17 | 0:00:23 | | FFT | RECD NOTICE OF CH 7 BKRPCTY FILED 10/13/05 CASE #0580924IBN. | RECALLED CLOSED |
| | | | | | | | 13:51:17 | 13:51:50 | 0:00:33 | | FFT | PUT BKRPCTY NOTICE IN FRONT OF BOX 2Z. | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time 0:00:56    UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector:  BLL    BECKY LANNING

Page No. 6

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/03 | 10/07 | | | BEL, JOHN R | $3,347.99 | 10/21/05 | 15:42:55 | 15:43:18 | 0:00:23 | 1:51:05 | FFT | RECD CH 7 BKRPCY NOTICE FILED 10/12/05 CASE #0074409MBM, PUT IN F BOX 3A. | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:00:23    1:51:05    UnWorked Time

Report Date: 04/13/07

## LAW OFFICE OF JAMES D. CORTEZ
### Collector Activity Report
REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No. 7

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/0202 '00' | | | | PETERSON, MARVIN G | $5,793.28 | 10/24/05 | 12:33:30 | 12:33.53 | 0:00:23 | | FFT | MOTION FOR HARDSHIP DISCHARGE CH 13 BKRPTCY, PUT IN FRONT OF B | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    **Elapsed Time**    **0:00:23**    **UnWorked Time**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: BLL   BECKY LANNING

Page No. 8

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/01 | 10007 | ; | | PECK, SCOTT E | $11,066.61 | 10/31/05 | 16:28:43 | 16:28.03 | 0:00.20 | 3:54:50 | FFT | NOTICE TO PARTIES IN INTEREST REGARDING REASSIGNMENT OF CASE. FRONT OF BOX 35. | RECALLED CLOSED |

**DAILY TOTALS:**   **1 Accounts Worked**          **Elapsed Time**   0:00:20          **Time From Previous Acct** 3:54:50   **UnWorked Time**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No. 9

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/02 | 10007 | | | SHIELDS, DAVID J | $7,234.20 | 11/01/05 | 13:38:31 | 13:39:05 | 0:00:34 | | FFT | RECD NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION: FRONT OF BOX 3BL | RECALLED CLOSED |

**1 Accounts Worked**          Elapsed Time        0:00:34          UnWorked Time

**DAILY TOTALS:**

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

Page No. 10

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: BLL   BECKY LANNING

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/01 10007 | | | LISECKI, LEA J | $19,351.37 | 11/04/05 | 12:32:44 | 12:32:59 | 0:00:15 | | IFFT | REC'D SUMMARY OF TRUSTEE'S FINAL REPORT, PUT IN FRONT OF BOX 3C | RECALLED CLOSED |

**DAILY TOTALS:**   **1 Accounts Worked**   **Elapsed Time**   0:00:15   **UnWorked Time**

Report Date:04/13/07

Page No. 11

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector  BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/03 10061 | 3* | | | >FFA, CYNTHIA C | $2,370.51 | 01/05/06 | 9:26:07 | 09:26:31 | 0:00:24 | | FFT | RECD CERTIFICATE OF NO RESPONSE. PUT IN FRONT OF BOX 3G. | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:00:24    UnWorked Time

Report Date:04/13/07

Page No. 12

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/02 | 10818 | | | PETERSON, MARVIN G | $5,792.28 | 01/12/06 | 9:52:21 | 09:53:58 | 0:00:37 | 0:25:50 | FFT | RECD NOTICE OF THIRD APPLICATION FOR ATTY COMPENSATION, PUT IN BOX 3G. | RECALLED CLOSED |

**DAILY TOTALS:    1 Accounts Worked          Elapsed Time    0:00:37          0:25:50   UnWorked Time**

**Report Date:04/13/07**

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

**REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING**

**Page No.13**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/02 | 10007 | | | 'ER, GEORGE E | $4,748.52 | 01/17/06 | 17:04:25 | 17:04:38 | 0:00:13 | 7:11:27 | FFT | DISCHARGE OF DEBTOR DATED 1/12/06, PUT IN FRONT OF BOX 3H, | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time    0:00:13**    **UnWorked Time    7:11:27**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Page No. 14

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    **BECKY LANNING**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/02 | 1001 | | | BOYER, DAVID L | $10,795.42 | 01/18/06 | 16:05:40 | 16:06:07 | 0:00:27 | | FFT | RECD ORDER SETTING ASIDE ORDER OF DISMISSAL & REINSTATING CH1; IN FRONT OF BOX 2H. | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    Elapsed Time    0:00:27    UnWorked Time

Report Date:04/13/07

Page No.15

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Client Name | | | | | | | | | | | |
| 04/12/02 | 10020 | | )YE, BRADLEY S | \$10,337.31 | 6/1/2006 | 12:52:46 | 13:53.39 | 0:00:53 | | FFT | RECD NOTICE TO CREDITORS & OTHER PARTIES IN INTEREST OF APPL/AC/ PROFESSIONAL FEES PURSUANT TO FED.R.BANKR.P.RULE 2016 NOTICE ( RIGHT TO OBJECT, PUT IN FRONT OF BOX 3H. | RECALLED-CLOSED |

1 Accounts Worked        Elapsed Time        0:00:53        UnWorked Time

DAILY TOTALS:

Report Date:04/13/07

Page No. 16

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/02 | 10011 | | | PETERSON, MARVIN G | $5,792.28 | 01/24/06 | 16:58:13 | 16:59:42 | 0:00:29 | 3:05:34 | FFT | RECD SUMMARY OF TRUSTEES FINAL REPORT & ACCT IN CH 13 HARDSHIP DISCHARGE DATED 1/9/08, PUT IN FRONT OF BOX 3N, | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked        Elapsed Time    0:00:29        3:05:34    UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: BLL   BECKY LANNING

Page No. 17

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/01 | 10007 | | | A. J | $19,351.37 | 01/23/2006 | 16:57:46 | 16:58:02 | 0:00:16 | | FFT | DISCHARGE OF DEBTOR DATED 1/24/06, PUT IN FRONT OF BOX 3H. | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**        **Elapsed Time**    **0:00:16**        **UnWorked Time**

Report Date:04/13/07

Page No. 18

## LAW OFFICE OF JAMES D. CORTEZ
### Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0/14/03 | 10015 | | | RBS, KATHI | $5,161.90 | 2/26/06 | 12:42:19 | 12:43:40 | 0:00:21 | | FFT | MOTION TO DISMISS CH 13 PROCEEDING, PUT IN FRONT OF BOX 34. | RECALLED CLOSED |

**DAILY TOTALS:**     1 Accounts Worked          Elapsed Time     0:00:21          UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector:  BLL    **BECKY LANNING**

Page No.19

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/03 | 10014 | | SAJITKA, BARBARA J | $3,887.59 | 02/02/06 | 16:26:30 | 16:21:04 | 0:00:34 | 2:36:50 | FFT | RECD TRUSTEE'S MOTION FOR APPROVAL OF STIP FOR STLMT OF PREFE PYNTS TO CREDITOR CITIBANK, PUT IN FRONT OF BOX 3H. | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time**    **0:00:34**    **UnWorked Time**    **2:36:50**

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

Page No. 20

## Collector Activity Report

REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/03 | 1000' | | | WESTON, TRACEY E | $5,153.49 | 02/07/06 | 10:24:24 | 10:25.02 | 0:00:38 | | FFT | RECD CH 7 BKRPCY NOTICE, FILED 1/31/06 CASE #0420212WSB EASTERN OF MICHGAN. PUT IN FRONT OF BOX 3H. | RECALLED CLOSED |
| 01/14/03 | 10015 | | | IARRB, KATHI | $5,161.90 | 02/07/06 | 16:22:22 | 16:22:38 | 0:00:16 | 5:57:20 | FFT | ORDER DISMISSING CH 13 CASE DATED 1/31/06, PUT IN FRONT OF BOX 3H | RECALLED CLOSED |

**DAILY TOTALS:**       2 Accounts Worked       **Elapsed Time       0:00:54       5:57:20    UnWorked Time**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Page No. 21

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/02 1090 | | | SULLIVAN, JAMES A | $7,759.68 | 02/08/06 | 16:20:38 | 16:21:21 | 0:00:43 | | FFT | RECD MOTION FOR ORDER PERMITTING DEBTOR TO REFINANCE HOME & PROCEEDS DATED 2290L PUT IN FRONT OF BOX 3H. | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked       Elapsed Time    0:00:43       UnWorked Time

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No.22

| Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Listing Date | | | | | | | | | | | | |
| 11/03/02 10814 | | | YER, DAVID L | $10,795.42 | 02/15/06 | 13:00:20 | 13:00.46 | 0:00:26 | | FFT | REC'D NOTICE TO CREDITORS & OTHER PARTIES OF INTEREST OF APP FO PROFESSIONAL FEES, PUT IN FRONT OF BOX 34, | RECALLED CLOSED |

**DAILY TOTALS:**   1 Accounts Worked      Elapsed Time     0:00:26     UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

Page No. 23

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/02 | 10020 | | | ~F, BRADLEY S | $10,337.31 | 02/16/06 | 15:33:19 | 16:33:42 | 0:00:23 | 2:32:33 | FFT | NOTICE OF DEBTORS AMENDMENT OF CH 13 PLAN & OPP TO OBJECT, PU OF BOX 3H. | RECALLED CLOSED |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **DAILY TOTALS:** | **1 Accounts Worked** | | **Elapsed Time** | **0:00:23** | | **2:32:33** | **UnWorked Time** | |

Report Date:04/13/07

Page No. 24

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector:  BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/01 | 10097 | | | CK, SCOTT E | $11,065.61 | 2/22/06 | 14:28:23 | 14:28:39 | 0:00:16 | | FFT | DISCHARGE OF DEBTOR DATED 2/17/06, PUT IN FRONT OF BOX XL | RECALLED CLOSED |

**DAILY TOTALS:**     **1 Accounts Worked**     **Elapsed Time   0:00:16     UnWorked Time**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: BLL   BECKY LANNING

Page No. 25

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/03 | 100\ | | JORDAN, RABECCA K | $4,662.28 | 03/02/06 | 14:11:05 | 14:11:36 | 0:00:31 | | FFT | RECD NOTICE OF CONVERSION OF CASE UNDER CH 13 TO CASE UNDER C TOGETHER W/RELATED ORDER, PUT IN FRONT OF BOX 3J. | RECALLED CLOSED |
| 03/05/02 | 1000/ | | LLIVAN, JAMES A | $7,798.56 | 03/02/06 | 14:12:17 | 14:12:45 | 0:00:28 | 0:00:41 | FFT | RECD CERT OF NO RESPONSE DATED 2/27/06, PUT IN FRONT OF BOX 3J. | RECALLED CLOSED |

DAILY TOTALS:    2 Accounts Worked    Elapsed Time    0:00:59    Time From Previous Acct.    0:00:41    UnWorked Time

Report Date: 04/13/07

Page No. 26

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: BLL    BECKY LANNING

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/01 | 10007 | | | ZZA, TAMMI | $245.20 | 03/03/06 | 13:11:44 | 13:12:07 | 0:00:23 | | FFT | RECD NOTICE OF CH 13 CASE CLOSED WITHOUT DISCHARGE DATED 2/27/. FRONT OF BOX 1.L | RECALLED CLOSED |

**DAILY TOTALS:**   1 Accounts Worked    Elapsed Time   0:00:23    UnWorked Time

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector  BLL    BECKY LANNING

Page No. 27

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/03 | 1002( | | | DUNCAN, JAMES W | $7,740.57 | 03/14/06 | 10:03:07 | 10:03:34 | 0:00:27 | | FFT | NOTICE OF FILING ON FINAL ACCT OF TRUSTEE APPLICATIONS FOR COMI FOR THE TRUSTEE AND OR ATTY TRUSTEE. PUT IN FRONT OF BOX 3.L. | RECALLED CLOSED |
| 11/21/03 | 1000( | | | EBEL, JOHN R | $3,347.99 | 03/14/06 | 10:03:44 | 10:03:59 | 0:00:15 | 0:00:10 | FFT | DISCHARGE OF DEBTOR DATED 3/7/06. PUT IN FRONT OF BOX 3.L. | RECALLED CLOSED |
| 02/24/03 | 1000( | | | JEFER, SHEILA K | $12,645.30 | 03/14/06 | 15:02:25 | 15:02:37 | 0:00:12 | 4:58:26 | FFT | NOTICE OF DISMISSAL DATED 3/9/06. PUT IN FRONT OF BOX 3.L. | RECALLED CLOSED |

**DAILY TOTALS:**    3 Accounts Worked        Elapsed Time    0:00:54        4:58:36  UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: BLL   BECKY LANNING

Page No.28

| Listing Date | Client Code | Client Name | Account Number | Account Name | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1000 | | .......... | | | | | | | | | |
| 07/10/02 | 1000 | | | MYERS, JOHN C | | | | | | | | |
| | | | | $4,510.52 | 03/23/06 | 10:41:35 | 10:42:07 | 0:00:32 | | FFT | RECD REPORT & NOTICE OF TRUSTEES INTENTION TO ABANDON PROPER ESTATE. PUT IN FRONT OF BOX 3K. | RECALLED CLOSED |
| 03/05/02 | 10007 | | | LUVIAN, JAMES A | | | | | | | | |
| | | | | $7,798.68 | 03/23/06 | 10:42:22 | 10:42:47 | 0:00:25 | 0:00:15 | FFT | RECD SUMMARY OF TRUSTEES FINAL REPORT & ACCT IN CH 13 DISCHAR FULL. PUT IN FRONT OF BOX 3K. | RECALLED CLOSED |
| 10/09/03 | 100 | | | WESTON, TRACEY E | | | | | | | | |
| | | | | $5,153.40 | 03/23/06 | 10:42:58 | 10:43:40 | 0:00:42 | 0:00:11 | FFT | RECD NOTICE OF FILING OF AN APP BY THE ATTY FOR THE DEF FOR ALL POST-CONF ATTY FEES & REIMBURSEMENT OF COSTS & OPP FOR HEARI THEREON. PUT IN FRONT OF BOX 3K. | RECALLED CLOSED |

**3 Accounts Worked**         Elapsed Time        0:01:39        UnWorked Time        0:00:26

**DAILY TOTALS:**

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: BILL    BECKY LANNING

Page No. 29

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/03 | 108C | | | ERGER, DUANE K | $9,803.43 | 03/28/06 | 10:10:06 | 10:10:43 | 0:00:37 | | FFT | NOTICE OF FILING OF A FIRST APP BY THE ATTY FOR THE DEBTOR FOR A OF ATTY FEES & REIMBURSEMENT OF COSTS & OPPORTUNITY FOR HEAR THEREON. PUT IN FRONT OF BOX 3K. | RECALLED CLOSED |
| 08/29/01 | 101 | | | JONES, DIANNE A | $2,152.50 | 03/28/06 | 10:11:15 | 10:11:35 | 0:00:20 | 0:00:32 | FFT | SUMMARY OF TRUSTEES FINAL REPORT & ACCT IN CH 13 DISCHARGEDP PUT IN FRONT OF BOX 3K. | RECALLED CLOSED |

| DAILY TOTALS: | 2  Accounts Worked | | | | | | | Elapsed Time | 0:00:57 | | UnWorked Time | 0:00:32 | |
| COLLECTOR TOTALS: | 41  Accounts Worked | | | | | | | Elapsed Time | 0:19:09 | | UnWorked Time | 40:20:12 | |

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

Page No. 30

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/03 | 10004 | | | VERNER, REBA E | $5,096.39 | 07/2005 | 13:24:41 | 13:25:52 | 0:01:11 | 3:13:06 | FFT | REFERRED DEF TO CRSD | RECALLED CLOSED |
| 11/24/03 | 1000: | | | WARKIEWICZ, JANET | $97.00 | 07/2005 | 13:26:14 | 13:27:33 | 0:01:19 | 0:00:22 | FFT | DEF CALLED & REC'D 98F LTR, FAXED TO HER | RECALLED CLOSED |

**DAILY TOTALS:**    **2 Accounts Worked**    **Elapsed Time**    **0:02:30**    **3:13:28  UnWorked Time**

Report Date:04/13/07

Page No.31

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/03 | 1000I | | | VERNER, REBA E | $5,058.39 | 08/10/05 | 10:32:39 | 10:47:26 | 0:14:47 | | FFT | DEF CALLED FOR SIF, ADVISED SHE NEEDS TO CALL CBSD, WANTS LTR F HER SAYING THAT | RECALLED CLOSED |
| | | | | | | | 10:47:26 | 10:47:31 | 0:00:05 | | FFT | FAXED LTR TO CBSD TO CALL CBSD | RECALLED CLOSED |

**DAILY TOTALS:**        1 Accounts Worked         Elapsed Time    0:14:52         UnWorked Time    0:14:52

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

Page No. 32

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | 10007 | | | CK SCOTTE | $11,068.61 | 11/21/05 | 9:47:23 | 09:47:34 | 0:00:11 | | FFT | DEF ATTY FILED ADMIN ORDER 11/2/05, BOX 3E | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time    0:00:11**    **UnWorked Time**

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

Page No. 33

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/02 | 10407 | | | ...ONES, JOSEPH F | $0.10 | 11/23/05 | 11:03:06 | 11:05:48 | 0:02:42 | 1:15:32 | FFT | TOLD DEF TO COPY HIS SAT & SEND IT TO CBR'S | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    Elapsed Time   0:02:42    1:15:32   UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: DMB   DAWN M. BLAIR

Page No. 34

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/03 | 10010 | | | HAYES, GRANT R | $8,555.66 | 11/28/05 | 13:28:53 | 13:28:49 | 0:00:55 | 2:23:05 | FFT | REC'D COPY OF DEATH CERTIFICATE | RECALLED CLOSED |
| | | | | | | | 13:29:49 | 13:32:41 | 0:02:52 | | FFT | FAXED COPY OF DEATH CERT TO CBSD PROBATE | RECALLED CLOSED |

**DAILY TOTALS:**   1 Accounts Worked   Elapsed Time   0:03:48   2:23:05   UnWorked Time

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

Page No. 35

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/03 | 10007 | | | BRANCHEAU, STEVE L | 111,833.50 | 12/01/05 | 9:40:53 | 09:52.21 | 0:11:28 | | FFT | SPOKE TO DEF, HE THINKS JUDG SHOULD BE RELEASED SINCE H/S BKY'I DISCHARGED, REFERRED HIM TO CBSD RE CDR ISSUES | RECALLED CLOSED |
| 09/23/03 | 10007 | | | NOHEAU, GINA | 127,476.20 | 12/01/05 | 9:52:25 | 09:52.38 | 0:00:13 | 0:00:04 | FFT | SPOKE W/DEF HUSBAND, HE THINKS JUDG SHOULD BE RELEASED SINCE DISCHARGED | RECALLED CLOSED |

**DAILY TOTALS:**    2 Accounts Worked    Elapsed Time    0:11:41    Elapsed Time    0:11:41    UnWorked Time    0:00:04

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Page No. 36

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    DAWN M. BLAIR

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/03 | 10007 | | | BRANCHEAU, STEVE L | $11,933.50 | 12/05/06 | 9:34:05 | 09:35.11 | 0:01:06 | | FFT | RECD LTR FROM DEF, WANTS JUDGMENT RELEASED BY 12/30/05 OR WILL HIS ATTY | RECALLED CLOSED |

**1 Accounts Worked**      Elapsed Time    0:01:06      UnWorked Time

**DAILY TOTALS:**

Report Date:04/13/07 — **LAW OFFICE OF JAMES D. CORTEZ** — Page No. 37

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: DMB    **DAWN M. BLAIR**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/02 | 10014 | | | ...YER, DAVID L | $10,788.42 | 12/29/05 | 13:17:41 | 13:18:13 | 0:00:32 | 3:42:30 | FFT | REC'D COPY OF MOTION TO SET ASIDE DISMISSAL OF CHAP 13, BOX 3G | RECALLED CLOSED |
| 07/01/02 | 10007 | | | E, JASON G | $722.75- | 12/29/05 | 13:42:56 | 13:43:16 | 0:00:20 | 0:24:43 | FFT | REC'D DISCHARGE, BOX 3G | RECALLED CLOSED |
| 01/11/02 | 10007 | | | EBK, CINDY L | $33.74 | 12/29/05 | 13:43:25 | 13:43:36 | 0:00:11 | 0:00:09 | FFT | REC'D ORDER DISMISSING CHAP 7, BOX 3G | RECALLED CLOSED |
| 11/06/02 | 10014 | | | R, DAVID L | $10,788.42 | 12/29/05 | 13:43:51 | 13:43:58 | 0:00:07 | 0:00:15 | FFT | REC'D NOTICE OF ORDER DISMI CASE | RECALLED CLOSED |
| 02/07/02 | 10007 | | | BARR, TERRY | $4,747.97 | 12/29/05 | 13:44:09 | 13:44:18 | 0:00:09 | 0:00:11 | FFT | REC'D DISCHARGE OF DEBTOR 12/14/05, BOX 3G | RECALLED CLOSED |
| 11/18/03 | 10007 | | | .J DIPONIO, JANET E | $5,284.19 | 12/29/05 | 13:44:38 | 13:44:45 | 0:00:07 | 0:00:20 | FFT | REC'D NOTICE OF FEE APP | RECALLED CLOSED |
| | | | | | | | 13:44:45 | 13:44:56 | 0:00:11 | | FFT | IN BOX 3G | RECALLED CLOSED |

**DAILY TOTALS:**    6 Accounts Worked    Elapsed Time 0:01:37    4:08:08 UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector:  DMB    DAWN M. BLAIR

Page No. 38

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/02 | 10007 | | | ISLEY, STEVE L | $1,296.67 | 03/13/06 | 9:46:43 | 09:53.44 | 0:07:01 | | FFT | REC'D LTR FROM R&K WANTING SIF LTR FROM 2002, I'M NOT SENDING AT SINCE WE SENT DEF SAT | RECALLED CLOSED |
| | | | | | | | 9:53:44 | 09:53.51 | 0:00:07 | | FFT | IN BOX 3H | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time**    **0:07:08**    **UnWorked Time**

**COLLECTOR TOTALS:**    **16 Accounts Worked**    **Elapsed Time**    **0:45:35**    **11:00:17**    **UnWorked Time**

Report Date: 04/13/07 | | | | LAW OFFICE OF JAMES D. CORTEZ | | | Page No. 39

## Collector Activity Report

**REPORT DATE RANGE: 07/10/05 to 04/13/07    Collector: JDC    JAMES D. CORTEZ**

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/03 | 10607 | | | BRANCHEAU, STEVE L | 111,833.50 | 12/06/05 | 12:45:10 | 12:45:47 | 0:00:37 | 2:51:19 | FFT | DEF'S LTR IN BOX 3F | RECALLED CLOSED |
| | | | | | | | | | | 2:51:19 | | UnWorked Time | |

**DAILY TOTALS:** 1 Accounts Worked | Elapsed Time 0:00:37 | 2:51:19 UnWorked Time

**COLLECTOR TOTALS:** 1 Accounts Worked | Elapsed Time 0:00:37 | 2:51:19 UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

Page No. 40

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/02 | 1000 | | | :TERS, ROBIN L | $3,712.48 | 07/11/05 | 14:08:55 | 14:09:44 | 0:00:49 | 1:23:08 | FFT | RCV'D MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE BANKRUPTC' OF MARK R PETERS AND ROBIN L PETERS FILED 7/7/05, IN FRONT OF BOX | RECALLED CLOSED |
| | | | | | | | Elapsed Time | 0:00:49 | | 1:23:08 | UnWorked Time | | |

**DAILY TOTALS:**    **1 Accounts Worked**

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: KS   KAREN STANICK

Page No. 41

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/03 | 10008 | | | :ONLEY, DAVID | $4,346.71 | 07/1905 | 13:47:41 | 13:48:42 | 0:01:01 | | FFT | RCVD DEBTOR(S) MOTION FOR ORDER MODIFYING CONFIRMED CHAPTE BY EXCLDING DEBTOR(S) FROM PAYING TAX REFUND(S) TO THE CHAPTE TRUSTEE FILED 7/1/205, IN FRONT OF BOX 2XI | RECALLED CLOSED |
| 08/23/01 | 10008 | | | :CONNELL, SANDRA K | $4,426.17 | 07/1905 | 13:48:01 | 13:48:17 | 0:00:16 | 0:00:19 | FFT | RCVD NOTICE OF HEARING FILED 7/1/205, IN FRONT OF BOX 2U | RECALLED CLOSED |

**DAILY TOTALS:**   2 Accounts Worked   Elapsed Time   0:01:17   Elapsed Time   0:01:17   UnWorked Time   0:00:19

Report Date:04/13/07

Page No. 42

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/02 | 10007 | | | HAYNES, BENJAMIN N | $4,140.74 | 07/27/05 | 13:28:22 | 13:28:43 | 0:00:21 | | FFT | RCVD MOTION TO ALLOW DEBTOR(S) TO INCUR ADDITIONAL DEBT FILED FRONT OF BOX 2U | RECALLED CLOSED |

DAILY TOTALS:    1 Accounts Worked    Elapsed Time    0:00:21    UnWorked Time

Report Date:04/13/07

Page No. 43

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/03 | 10007 | | | FORBES, ERIC W | $3,908.83 | 08/04/05 | 14:59:22 | 15:00:04 | 0:00:42 | 1:30:39 | FFT | RCVD NOTICE OF FIRST APP FOR COMPENSATION AND REIMBURSEMENT EXPENSES OF CHARLES J TAUNT & ASSOC, PLLC, ATTYS FOR TRUSTEE F 8/1/05, IN FRONT OF BOX 2U | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:00:42    1:30:39   UnWorked Time

Report Date:04/13/07

Page No. 44

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/03 | 10006 | | | CONLEY, DAVID | $4,346.71 | 08/15/05 | 15:11:32 | 15:12:29 | 0:00:57 | 0:11:28 | FFT | RCVD CERT OF NO RESPONSE TO DEBTORS/BY MOTION FOR ORDER MODI CONFIRMED CHAPTER 13 PLAN BY EXCUSING DEBTOR(S) FROM PAYING ? REFUND(S) TO THE CHAPTER 13 TRUSTEE FILED 8/04K, IN FRONT OF BOX. | RECALLED CLOSED |
| 08/28/03 | 10007 | | | LIVER, FRANCINE M | $2,157.85 | 08/15/05 | 15:12:37 | 15:12:48 | 0:00:11 | 0:00:08 | FFT | DISCHARGE OF DEBTOR FILED 8/10K, IN FRONT OF BOX 2V | RECALLED CLOSED |
| 06/13/03 | 10001 | | | OPELAND, C | $12,404.02 | 08/15/05 | 15:13:05 | 15:13:25 | 0:00:20 | 0:00:17 | FFT | DISCHARGE OF DEBTOR FILED 8/11K, IN FRONT OF BOX 2V | RECALLED CLOSED |
| 02/21/02 | 1f | | | SIMS, LESTER | $8,626.83 | 08/15/05 | 15:13:36 | 15:14:07 | 0:00:31 | 0:00:11 | FFT | DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN FILE FRONT OF BOX 2V | RECALLED CLOSED |

**DAILY TOTALS:**    4 Accounts Worked    Elapsed Time    0:01:59    0:12:04    UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

Page No. 45

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/03 | 1090 | | | MARGIEWICZ, JANET | $97.00 | 08/17/05 | 15:56:52 | 15:57:04 | 0:00:12 | 0:42:45 | FFT | LTR FAXED TO DEF-IN FRONT OF BOX 2V | RECALLED CLOSED |

**DAILY TOTALS:**    **1 Accounts Worked**    **Elapsed Time**  0:00:12    **UnWorked Time**  0:42:45

**Report Date:04/13/07**

# LAW OFFICE OF JAMES D. CORTEZ

## Collector Activity Report

**Page No. 46**

**REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK**

| Listing Date | Client Code | Account Number | Client Name | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/01 | 100 | | | NDS, JEFFERY P | $7,538.75 | 08/22/05 | 12:54:46 | 12:54:59 | 0:00:13 | | FFT | DISCHARGE OF DEBTOR FILED 8/15/05, IN FRONT OF BOX 2V | BK **CLOSED** |
| 06/30/03 | 100... | | | ***RT, ROBERT W | $1,792.12 | 08/22/05 | 12:56:08 | 12:56:26 | 0:00:18 | 0:00:09 | FFT | DISCHARGE OF DEBTOR FILED 8/16/05, IN FRONT OF BOX 2V | RECALLED CLOSED |
| 01/11/02 | 10007 | | | LINGBEEK, CINDY L | $33.74 | 08/22/05 | 16:15:25 | 16:15:52 | 0:00:27 | 3:18:59 | FFT | RCVD NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST DATED 1 FRONT OF BOX 2V | RECALLED CLOSED |
| 12/17/03 | 10007 | | | LAUDE, JAY | $9,536.11 | 08/22/05 | 16:15:59 | 16:16:16 | 0:00:17 | 0:00:07 | FFT | RCVD AMENDMENT TO PLAN DATED 7/28/05, IN FRONT OF BOX 2V | RECALLED CLOSED |
| 07/02/02 | 10018 | | | PETERSON, MARVIN G | $5,792.28 | 08/22/05 | 16:16:25 | 16:16:51 | 0:00:26 | 0:00:09 | FFT | RCVD NOTICE OF SECOND APP FOR ATTY COMPENSATION & REIMBURSE EXPENSES FILED 8/19/05, IN FRONT OF BOX 2V | RECALLED CLOSED |
| 11/25/03 | 10007 | | | JORDAN, RABECCA K | $8,652.28 | 08/22/05 | 16:17:05 | 16:17:35 | 0:00:30 | 0:00:14 | FFT | RCVD NOTICE TO PARTIES IN INTEREST OF HEARING DATED 8/19/05, IN FR BOX 2V | RECALLED CLOSED |
| 08/13/02 | 10007 | | | YNES, BENJAMIN N | $4,140.74 | 08/22/05 | 16:17:43 | 16:18:17 | 0:00:34 | 0:00:08 | FFT | RCVD CERTIFICATE OF NO RESPONSE TO DEBTOR'S MOTION TO ALLOW INCUR ADDITIONAL DEBT FILED 8/18/05, IN FRONT OF BOX 2V | RECALLED CLOSED |

**DAILY TOTALS:    7 Accounts Worked          Elapsed Time    0:02:45          3:20:46    UnWorked Time**

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Page No.47

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/01 | 10007 | | | KAISER, MICHAEL L | $4,982.59 | 08/30/05 | 10:48:32 | 10:48:46 | 0:00:14 | | FFT | DISCHARGE OF DEBTOR FILED 8/24/05, IN FRONT OF BOX 2W | RECALLED CLOSED |
| 10/01/02 | 10007 | | | HUNTER, GEORGE E | $4,788.52 | 08/30/05 | 10:48:00 | 10:48:35 | 0:00:35 | 0:00:14 | FFT | RCV'S SUMMARY OF TRUSTEE'S FINAL REPORT AND ACCOUNT IN CHAPT CONVERTED TO CHAPTER 7 AFTER CONF DATED 8/24/05, IN FRONT OF BO | RECALLED CLOSED |
| 07/10/02 | 10008 | | | MYERS, JOHN C | $8,510.52 | 08/30/05 | 10:49:47 | 10:50:00 | 0:00:13 | 0:00:12 | FFT | DISCHARGE OF DEBTOR FILED 8/23/05, IN FRONT OF BOX 2W | RECALLED CLOSED |
| 07/10/03 | 10018 | | | MERRITT, ANITA M | $5,943.39 | 08/30/05 | 10:50:23 | 10:50:36 | 0:00:13 | 0:00:23 | FFT | DISCHARGE OF DEBTOR FILED 8/21/05, IN FRONT OF BOX 2W | RECALLED CLOSED |

**DAILY TOTALS:**    4 Accounts Worked    Elapsed Time    0:01:15    0:00:49    UnWorked Time

Report Date:04/13/07

Page No. 48

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2/2003 | 10007 | | | ESQUIBEL, P A | $9,316.17 | 08/31/05 | 14:41:38 | 14:41:53 | 0:00:15 | 3:51:02 | FFT | DISCHARGE OF DEBTOR FILED 8/24/05, IN FRONT OF BOX 2W | RECALLED CLOSED |
| 09/03/03 | 10007 | | | GOLABECK, WALDEMAR R | $5,653.73 | 08/31/05 | 14:42:05 | 14:42:17 | 0:00:12 | 0:00:12 | FFT | DISCHARGE OF DEBTOR FILED 8/24/05, IN FRONT OF BOX 2W | RECALLED CLOSED |

**DAILY TOTALS:**    2 Accounts Worked    Elapsed Time  0:00:27    3:51:14  UnWorked Time

Report Date:04/13/07

Page No. 49

## LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
### REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: KS   KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/03 | 10007 | | | PERSLEY, STEPHEN M | $14,095.58 | 09/06/05 | 15:08:09 | 15:08:22 | 0:00:13 | 0:25:52 | FFT | DISCHARGE OF DEBTOR FILED 8/30/05, IN FRONT OF BOX 2W | RECALLED CLOSED |
| 07/15/03 | 10016 | | | PERSLEY, STEPHEN M | $11,441.58 | 09/06/05 | 15:08:31 | 15:08:43 | 0:00:12 | 0:00:09 | FFT | DISCHARGE OF DEBTOR FILED 8/30/05, IN FRONT OF BOX 2W | RECALLED CLOSED |

**DAILY TOTALS:**   2 Accounts Worked   Elapsed Time   0:00:25   0:26:01   UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**
**Collector Activity Report**
REPORT DATE RANGE:07/10/05 to 04/13/07   Collector: KS   **KAREN STANICK**

Page No. 50

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/03 | 10007 | | | IIO, JANET E | $5,286.19 | 09/09/05 | 13:47:53 | 13:48:08 | 0:00:15 | | FFT | RCVD CHAPTER 13 PLAN, IN FRONT OF BOX 2W | RECALLED CLOSED |

**DAILY TOTALS:**    1 Accounts Worked           Elapsed Time   **0:00:15**      UnWorked Time

Report Date:04/13/07

**LAW OFFICE OF JAMES D. CORTEZ**

Page No. 51

**Collector Activity Report**

REPORT DATE RANGE:07/10/05 to 04/13/07    Collector: KS    KAREN STANICK

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/02 | 1000* | | | WASCHER, KELLIE | $8,482.06 | 09/16/05 | 11:13:37 | 11:14:27 | 0:00:50 | | FFT | RCVD NOTICE OF FILING OF A SECOND APP BY THE ATTY FOR THEDEBTS ALLOWANCE OF ATTY FEES AND REIMBURSEMENT OF COSTS AND OPPO FOR HEARING THEREON DATED 9/13/05, IN FRONT OF BOX 2W | RECALLED CLOSED |

| **DAILY TOTALS:** | 1 Accounts Worked | Elapsed Time | 0:00:50 | UnWorked Time |
|---|---|---|---|---|

| **COLLECTOR TOTALS:** | 27 Accounts Worked | Elapsed Time | 0:11:17 | 11:27:45 | UnWorked Time |
|---|---|---|---|---|---|

| **REPORT TOTALS:** | 85 Accounts Worked | Elapsed Time | 1:16:38 | 65:39:33 | UnWorked Time |
|---|---|---|---|---|---|