**08 C 517**

# EXHIBIT U

**JUDGE LEFKOW**
**MAGISTRATE JUDGE KEYS**

James D. Cortez

Attorney at Law (illegal)

Activity Report Showing

Transfer to Other System

(redacted)

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE: 06/10/05 to 07/09/05    Collector: JDC    JAMES D. CORTEZ

Page No. 6

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/03 | 1002? | | HEIN, KIRK C | $0.00 | 06/10/05 | 10:09:55 | 10:10:28 | 0:00:33 | | TR-A121* | LETTER NO. A-1211 (SETTLED IN FULL NOTIFICATION) - PRINTED AND SE | ACCT SETTL CLSD |
| | | | | | | 10:10:28 | 10:41:42 | 0:31:14 | | FFT | ********** USE CLS FILE ********** | ACCT SETTL CLSD |

**DAILY TOTALS:**    1 Accounts Worked    Elapsed Time    0:31:47    UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE: 06/10/05 to 07/09/05　　Collector: JDC　　JAMES D. CORTEZ

Page No. 7

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/01 | 10008 | | | HARLAN R | $999.19 | 06/13/05 | 9:46:59 | 10:03:25 | 0:14:26 | | FFT | ****************** USE CLS FILE ****************** | PAYING ACCOUNT |

**DAILY TOTALS:** 　1 Accounts Worked　　Elapsed Time　0:14:26　　UnWorked Time

Report Date:04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

Page No. 8

REPORT DATE RANGE: 06/10/05 to 07/09/05    Collector: JDC    JAMES D. CORTEZ

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/02 | 10007 | 17 | MCCLURE, GARY R | $1,752.80 | 06/16/05 | 14:02:48 | 14:09:44 | 0:06:56 | 3:59:23 | FFT | ********* USE CLS FILE ********* | PAYING ACCOUNT |
| 01/07/03 | 10007 | | MIDDLER, DAVID D | $7,865.52 | 06/16/05 | 14:09:57 | 14:16:33 | 0:06:36 | 0:00:13 | FFT | ********* USE CLS FILE ********* | PAYING ACCOUNT |
| 01/08/03 | 10007 | | MIDDLER, DAVID D | $4,177.74 | 06/16/05 | 14:16:45 | 14:20:44 | 0:03:59 | 0:00:12 | FFT | ********* USE CLS FILE ********* | PAYING ACCOUNT |

DAILY TOTALS:    3 Accounts Worked    Elapsed Time  0:17:31    3:59:48  UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE: 06/10/05 to 07/09/05    Collector: JDC    JAMES D. CORTEZ

Page No. 9

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/02 | 10014 | 5 | KOHLING, MARGUERITA | $1,736.40 | 06/20/05 | 14:21:49 | 14:26:37 | 0:04:48 | 0:01:05 | FFT | ************ USE CLS FILE ************ | JUDGMENT ENTERD |
| 04/25/03 | 10007 | | WARD, DEB B | $7,011.82 | 06/20/05 | 14:27:10 | 14:41:40 | 0:14:30 | 0:00:33 | FFT | ************ USE CLS FILE ************ | PAYING ACCOUNT |
| 08/13/02 | 1000? | | HOURIA S | $281.99 | 06/20/05 | 17:17:12 | 17:23:17 | 0:06:05 | 2:35:32 | FFT | ************ USE CLS FILE ************ | PAYING ACCOUNT |

**DAILY TOTALS:**    3 Accounts Worked    Elapsed Time    0:25:23    2:37:10    UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

Page No. 10

REPORT DATE RANGE: 06/10/05 to 07/09/05     Collector: JDC     JAMES D. CORTEZ

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/03 | CL | 10007 | JA, JEFF | $0.00 | 06/21/05 | 17:39:06 | 17:40:33 | 0:01:27 | 0:15:49 | FFT | **********USE CLS FILE********** | ACCT SETTL CLSD |

**DAILY TOTALS:**  1 Accounts Worked     Elapsed Time  0:01:27     0:15:49  UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report
REPORT DATE RANGE: 06/10/05 to 07/09/05  Collector: JDC  JAMES D. CORTEZ

Page No. 11

| Listing Date | Client Code | Account Number | Client Name | Account Name | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/01 | 10015 | | | GERALD K | 07/07/05 | | 11:58:09 | | | ADJ | ADJUSTMENT OF $1,628.87 -- | JUDGMENT ENTERD |
| 09/22/03 | 10007 | | | ILKE, JOHN | 07/07/05 | 12:12:34 | 12:13:01 | 0:00:27 | | FFT | -- USE CLS FILE -- | DOCS REQUESTED |
| 08/28/03 | 10010 | | | AYES, SALLY F | 07/07/05 | 17:13:31 | 17:13:47 | 0:00:16 | 5:00:30 | FFT | -- USE CLS FILE NOW -- | LAW SUIT FILED |

DAILY TOTALS:  3 Accounts Worked   Elapsed Time 0:00:43   5:00:30 UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE: 06/10/05 to 07/09/05   Collector: JDC   JAMES D. CORTEZ

Page No. 12

| Listing Date | Client Code | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct. | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/02 | 10807 | | TRAN, VERONICA I | $943.51 | 07/08/05 | 13:43:51 | 13:45:03 | 0:01:12 | 0:01:12 | FFT | ========== USE CLS FILE ========== | PAYSTIP PAYING |

**DAILY TOTALS:** 1 Accounts Worked   Elapsed Time   0:01:12   UnWorked Time

**COLLECTOR TOTALS:** 13 Accounts Worked   Elapsed Time   1:32:29   11:53:17   UnWorked Time

Report Date: 04/13/07

# LAW OFFICE OF JAMES D. CORTEZ
## Collector Activity Report

REPORT DATE RANGE: 06/10/05 to 07/09/05   Collector: KS   KAREN STANICK

Page No. 13

| Listing Date | Client Code | Client Name | Account Number | Account Name | Current Balance | Date Worked | Time In | Time Out | Elapsed Time | Time From Previous Acct | Trans Code | Transaction Narrative | Current Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/03 | 10007 | | | | $1,197.11 | 06/10/05 | 8:20:42 | 8:25:33 | 0:04:51 | | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 10/29/02 | 10001 | | | | $12,720.18 | 06/10/05 | 8:26:27 | 8:34:01 | 0:07:34 | 0:00:54 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 09/13/02 | 1000? | | | | $4,874.47 | 06/10/05 | 8:34:27 | 8:38:57 | 0:04:30 | 0:00:26 | FFT | ------ USE CLS FILE NOW ------ | RETURNED SKIP |
| 09/24/03 | 100- | | | | $6,785.64 | 06/10/05 | 8:39:51 | 8:45:46 | 0:05:55 | 0:00:54 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 09/12/03 | 10? | | | | $586.81 | 06/10/05 | 8:46:53 | 8:50:18 | 0:03:25 | 0:01:07 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 09/23/03 | 1000 | | | | $564.79 | 06/10/05 | 8:50:52 | 8:55:39 | 0:04:47 | 0:00:34 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 07/05/02 | 1006 | | | | $3,327.77 | 06/10/05 | 8:57:22 | 09:02:57 | 0:05:35 | 0:01:43 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 09/15/03 | 1000. | | | | $6,031.97 | 06/10/05 | 9:03:19 | 09:09:36 | 0:06:17 | 0:00:22 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 11/10/03 | 10007 | | | | $3,269.29 | 06/10/05 | 9:11:51 | 09:16:07 | 0:04:16 | 0:02:15 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 11/05/02 | 10018 | | | | $43.95 | 06/10/05 | 9:17:43 | 09:26:03 | 0:08:20 | 0:01:36 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 10/29/02 | 10020 | | | | $5,933.94 | 06/10/05 | 9:28:29 | 09:33:00 | 0:04:31 | 0:02:26 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 12/18/02 | 100 | | | | $1,015.97 | 06/10/05 | 9:33:43 | 09:39:38 | 0:05:55 | 0:00:43 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 11/27/02 | 100; | | | | $689.57 | 06/10/05 | 9:40:36 | 09:44:00 | 0:03:24 | 0:00:58 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 12/20/02 | 10007 | | | | $12,021.79 | 06/10/05 | 9:44:41 | 09:48:06 | 0:03:25 | 0:00:41 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 08/13/02 | 10008 | | | | $7,898.35 | 06/10/05 | 9:48:59 | 09:53:08 | 0:04:09 | 0:00:53 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 02/12/03 | 10020 | ?? | | | $2,522.85 | 06/10/05 | 9:53:48 | 09:57:05 | 0:03:17 | 0:00:40 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 09/05/02 | 10007 | | | IANA L | $3,563.32 | 06/10/05 | 10:21:42 | 10:23:50 | 0:02:08 | 0:24:37 | FFT | ------ USE CLS FILE NOW ------ | RETURNED SKIP |
| 09/05/02 | 10007 | | | FLOWERS, THERESA | $1,589.48 | 06/10/05 | 10:24:06 | 10:26:18 | 0:02:12 | 0:00:16 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 08/14/02 | 10015 | | | | $4,741.08 | 06/10/05 | 10:28:48 | 10:33:02 | 0:04:14 | 0:02:30 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 01/17/02 | 1000R | | | K | $1,612.34 | 06/10/05 | 10:35:24 | 10:38:59 | 0:03:35 | 0:02:22 | FFT | ------ USE CLS FILE NOW ------ | PAYING ACCOUNT |
| 09/04/02 | 100 | | | R JR, GEORGE W | $3,130.11 | 06/10/05 | 10:39:27 | 10:44:20 | 0:04:53 | 0:00:28 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 02/18/02 | 100u | | | ER, TIMOTHY R | $7,042.76 | 06/10/05 | 10:45:08 | 10:48:01 | 0:02:53 | 0:00:48 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 09/22/03 | 1000 | | | , MICHAEL | $6,628.50 | 06/10/05 | 10:48:51 | 10:51:39 | 0:02:48 | 0:00:50 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 01/08/03 | 10?.. | | | N G | $6,635.63 | 06/10/05 | 10:52:32 | 10:55:36 | 0:03:04 | 0:00:53 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 12/07/01 | 1006 | | | | $978.12 | 06/10/05 | 10:56:08 | 10:59:13 | 0:03:05 | 0:00:32 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 02/22/03 | 10 | | | GALE, JOHN | $2,596.28 | 06/10/05 | 11:00:10 | 11:02:50 | 0:02:40 | 0:00:57 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 11/06/03 | 1f | | | JARDIN, EDWARD A | $5,441.40 | 06/10/05 | 11:05:04 | 11:12:21 | 0:07:17 | 0:02:14 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 10/13/03 | 10f | | | GASCON, LAURIE | $3,573.73 | 06/10/05 | 11:12:52 | 11:17:36 | 0:04:44 | 0:00:31 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 10/13/03 | 10 | | | GASCON, LAURIE | $2,418.38 | 06/10/05 | 11:17:58 | 11:21:12 | 0:03:14 | 0:00:22 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 11/04/02 | 10008 | | | GASSER, STEPHANIE | $948.76 | 06/10/05 | 11:22:29 | 11:26:08 | 0:03:39 | 0:01:17 | FFT | ------ USE CLS FILE NOW ------ | RETURNED SKIP |
| 01/22/02 | 10007 | | | GEGIC, DRIANA | $3,412.09 | 06/10/05 | 11:27:18 | 11:30:39 | 0:03:21 | 0:01:10 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 08/28/01 | 1000E | | | GEHR, SHAWN A | $1,885.27 | 06/10/05 | 11:32:52 | 11:39:34 | 0:06:42 | 0:02:13 | FFT | ------ USE CLS FILE NOW ------ | JUDGMENT ENTERD |
| 06/09/03 | 10 | | | ? L | $4,716.81 | 06/10/05 | 11:40:14 | 11:44:31 | 0:04:17 | 0:00:40 | FFT | ------ USE CLS FILE NOW ------ | SUPP FILED |
| 06/10/03 | 10 | | | ??RT, ELDON | $3,611.21 | 06/10/05 | 11:45:03 | 11:47:18 | 0:02:15 | 0:00:32 | FFT | ------ USE CLS FILE NOW ------ | RETURNED SKIP |
| 03/06/02 | 1001 | | | GLASS, MARY K | $954.77 | 06/10/05 | 11:48:35 | 11:55:21 | 0:06:46 | 0:01:17 | FFT | ------ USE CLS FILE NOW ------ | PAYING ACCOUNT |

**DAILY TOTALS:**   35 Accounts Worked   Elapsed Time   2:33:58   1:00:41 UnWorked Time