**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 517**

| In the Matter of | Case Number: |
|---|---|
| FM. INDUSTRIES, INC, an Illinois Corporation v. Law Office Ross Gelfand, LLC; R&B Collections, Inc., a Georgia Corporation; Hosto, Buchan, Prater & Lawrence, PLLC; Harris & Zide; Regent & Associates and James D. | **JUDGE LEFKOW** **MAGISTRATE JUDGE KEYS** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FM. INDUSTRIES, INC

| NAME (Type or print) |
|---|
| Wayne D. Rhine, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Wayne Rhine |
| FIRM |
| Wayne Rhine, Esq. |
| STREET ADDRESS |
| 500 W. Madison, Suite 2910 |
| CITY/STATE/ZIP |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2323990 | 312-474-4532 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐