**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FM INDUSTRIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICE OF ROSS GELFAND, LLC.<br><br>Defendants. | No.   08 C 517<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Arlander Keys |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, I electronically filed the **Appearance on behalf of defendant The Law Offices of Ross Gelfand, LLC** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

**SERVICE LIST**

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                                s/ Charles S. Ofstein
                                Charles S. Ofstein (charles.ofstein@dbmslaw.com)
                                DONOHUE BROWN MATHEWSON & SMYTH LLC
                                140 South Dearborn Street, Suite 800
                                Chicago, IL  60603
                                Telephone:     (312) 422-0900
                                Facsimile:      (312) 422-0909