## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the **Appearance on behalf of defendant The Law Offices of Ross Gelfand, LLC** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com


                                                               s/ Edward E. Fu