IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| F.M. INDUSTRIES, INC., AN ILLINOIS CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>THE LAW OFFICES OF ROSS GELFAND, LLC., ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 C 517<br><br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS; COMPLAINT; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **1st day of February, 2008, at 3:00 PM**, at the address of **2650 FOUNTAIN VIEW Drive SUITE 233**, **HOUSTON**, **Harris** County, **TX 77057**; this affiant served the above described documents upon **REGENT & ASSOCIATES, LLP**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Kristy Gabrielna, ATTORNEY, A white female approx. 5'4"-5'6" in height weighing 120-140 lbs**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **4th day of February, 2008**.

_____
Byron McDuffie, Reg. # SCH1543, Harris, TX


SUBSCRIBED AND SWORN to before me this 4th day of February, 2008

_____
NOTARY PUBLIC in and for the State of **Texas**
Residing at: Harris County TX
My Commission Expires: 1-20-10

S. FORD
Notary Public, State of Texas
My Commission Expires
January 20, 2010

FOR: **Friedman & Wexler, LLC (PFI)**     ORIGINAL PROOF OF SERVICE     Tracking #: **5256153** SEA