IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| F.M. INDUSTRIES, INC., AN ILLINOIS CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br>THE LAW OFFICES OF ROSS GELFAND, LLC., ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 C 517<br><br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS; COMPLAINT; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **1st day of February, 2008, at 12:11 PM**, at the address of **1265 MINHINETTE Drive SUITE 150, ROSWELL, Fulton** County, **GA 30075**; this affiant served the above described documents upon **THE LAW OFFICES OF ROSS GELFAND, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **PARNELL RACHEL, REGISTERED AGENT, A black male approx. 35-40 years of age 5'10"-6'0" in height weighing 200-220 lbs and bald**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **1st day of February, 2008**.

_____
HOLLIS J HILL, ROCKDALE, GA


SUBSCRIBED AND SWORN to before me this 1st day of February, 2008

_____
NOTARY PUBLIC in and for the State of **Georgia**
Residing at: _____
My Commission Expires: _____

FOR: **Friedman & Wexler, LLC**    ORIGINAL PROOF OF    Tracking #: **5256155** SEA
(PFI)                              SERVICE