**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed the **Appearance on behalf of defendant R & B Collections, Inc.** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

**SERVICE LIST**

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

    s/ Karen K. DeGrand
    Karen K. DeGrand (Karen.DeGrand@dbmslaw.com)
    DONOHUE BROWN MATHEWSON & SMYTH LLC
    140 South Dearborn Street, Suite 800
    Chicago, IL  60603
    Telephone:	(312) 422-0900
    Facsimile:	(312) 422-0909