**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed the **Appearance on behalf of defendant R & B Collections, Inc.** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

**SERVICE LIST**

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                                        s/ Edward E. Fu
                                        Edward E. Fu (Edward.fu@dbmslaw.com)
                                        DONOHUE BROWN MATHEWSON & SMYTH LLC
                                        140 South Dearborn Street, Suite 800
                                        Chicago, IL  60603
                                        Telephone:     (312) 422-0900
                                        Facsimile:      (312) 422-0909