## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the **Appearance on behalf of defendant R & B Collections, Inc.** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com


                                 s/ Charles S. Ofstein
                                 Charles S. Ofstein (charles.ofstein@dbmslaw.com)
                                 DONOHUE BROWN MATHEWSON & SMYTH LLC
                                 140 South Dearborn Street, Suite 800
                                 Chicago, IL  60603
                                 Telephone:     (312) 422-0900
                                 Facsimile:     (312) 422-0909