IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez,<br><br>    Defendants. | No.   08 C 517<br><br>Judge Joan  H. Lefkow<br><br>Magistrate Judge Arlander Keys |

## CORRECTED NOTICE OF MOTION

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on **March 4, 2008, at 9:30 a.m**., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Joan H. Lefkow, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in **Room 1925** at 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Motion to Stay the Proceedings of defendants Law Offices of Ross Gelfand, LLC, and R & B Collections, Inc**., a copy of which was previously served upon you.

                                             s/ John J. Duffy
                                        John J. Duffy (john.duffy@dbmslaw.com)
                                        Karen Kies DeGrand (karen.degrand@dbmslaw.com)
                                        Charles S. Ofstein (charles.ofstein@dbmslaw.com)
                                        Edward E. Fu (edward.fu@dbmslaw.com)
                                        DONOHUE BROWN MATHEWSON & SMYTH LLC
                                        140 South Dearborn Street, Suite 800
                                        Chicago, IL  60603
                                        Telephone:     (312) 422-0900
                                        Facsimile:      (312) 422-0909

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed **Defendants Law Offices Of Ross Gelfand, LLC and R & B Collections, Inc.'s Motion to Stay the Proceedings** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com


                                                                  s/ John J. Duffy