080141.11

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation, | |
| Plaintiffs, | |
| v. | No.   08 C 517 |
| The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law, | Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |
| Defendants. | |

## JURY DEMAND

Defendants, ROSS GELFAND, LLC and R & B COLLECTIONS, INC., by their attorneys, John J. Duffy, Karen Kies DeGrand, Charles S. Ofstein, Edward E. Fu and DONOHUE BROWN MATHEWSON & SMYTH LLC, requests a trial jury.

Respectfully submitted,

ROSS GELFAND, LLC and R & B COLLECTIONS, INC.

s/ John J. Duffy
John J. Duffy (john.duffy@dbmslaw.com)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:   (312) 422-0900
Facsimile:   (312) 422-0909

John J. Duffy (ARDC No. 6224834)
Karen K. DeGrand (ARDC No. 6191140)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the **Jury Demand** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                                        s/ John J. Duffy
                                        John J. Duffy (john.duffy@dbmslaw.com)
                                        DONOHUE BROWN MATHEWSON & SMYTH LLC
                                        140 South Dearborn Street, Suite 800
                                        Chicago, IL  60603
                                        Telephone:     (312) 422-0900
                                        Facsimile:      (312) 422-0909