## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the **Appearance on behalf of Law Offices of Harris & Zide, LLP** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                         s/ John J. Duffy
                         John J. Duffy (john.duffy@dbmslaw.com)
                         DONOHUE BROWN MATHEWSON & SMYTH LLC
                         140 South Dearborn Street, Suite 800
                         Chicago, IL  60603
                         Telephone:    (312) 422-0900
                         Facsimile:     (312) 422-0909