080141.12

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law,<br><br>Defendants. | No.  08 C 517<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |

## MOTION TO EXTEND TIME

Defendant, Law Offices of Harris & Zide, LLP, by its attorneys, John J. Duffy, Karen Kies DeGrand, Charles S. Ofstein, Edward E. Fu and Donohue Brown Mathewson & Smyth LLC, hereby request an additional 21 days to answer to otherwise plead.  In support of its motion, defendant Harris & Zide states as follows:

1. Harris & Zide was served on February 7, 2008 and its responsive pleading is due on February 27, 2008.

2. Counsel has only recently been retained and needs additional time to interview his client and prepare a responsive pleading.  Harris & Zide therefore requests an additional 21 days to answer or otherwise plead to and including March 18, 2008.

WHEREFORE, for the aforementioned reasons, defendant Harris & Zide respectfully requests until March 18, 2008 to answer or otherwise plead.  Defendant also requests any other relief

that this Court deems just.

        Respectfully submitted,

        LAW OFFICES OF HARRIS & ZIDE, LLP


        s/ John J. Duffy
        John J. Duffy (john.duffy@dbmslaw.com)
        DONOHUE BROWN MATHEWSON & SMYTH LLC
        140 South Dearborn Street, Suite 800
        Chicago, IL  60603
        Telephone:    (312) 422-0900
        Facsimile:    (312) 422-0909

John J. Duffy (ARDC No. 6224834)
Karen K. DeGrand (ARDC No. 6191140)
Charles S. Ofstein (ARDC No. 6230050)
Edward E. Fu (ARDC No. 6289519)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603