080141.16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation, | |
| Plaintiffs, | |
| v. | No.   08 C 517 |
| The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law, | Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |
| Defendants. | |

## NOTICE OF MOTION

**To:** See attached Certificate of Service

PLEASE TAKE NOTICE that on **Thursday, March 4, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Joan H. Lefkow**, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in Room 1925 at 219 S. Dearborn Street, Chicago, Illinois, and present **Motion to Extend Time**, a copy of which is attached.

s/ John J. Duffy
John J. Duffy (john.duffy@dbmslaw.com)
Karen Kies DeGrand (karen.degrand@dbmslaw.com)
Charles S. Ofstein (charles.ofstein@dbmslaw.com)
Edward E. Fu (edward.fu@dbmslaw.com)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed **Motion to Extend Time** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com


                              s/ John J. Duffy