

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 2 8 2008

# FILED

FEB 2 8 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|   |   |   |
|---|---|---|
| FM. INDUSTRIES, INC., | § | |
| an Illinois Corporation | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| THE LAW OFFICES OF ROSS | § | |
| GELFAND, LLC.; R&B Collections Inc., a | § | |
| Georgia Corporation; Hosto, Buchan, Prater | § | |
| & Lawrence, PLLC; as Successor in Interest | § | |
| to Hosto & Buchan, PLLC; Law Offices of | § | |
| Harris & Zide; Regent & Associates, LLP; and | § | |
| James D. Cortez Attorney at Law | § | |
| Defendants. | § | |

CAUSE NO. 1:08-cv-00517

Judge Lefkaw

## DEFENDANT'S ORIGINAL ANSWER

Defendant, Pro Se, Anh H. Regent d/b/a REGENT & ASSOCIATES (hereinafter referred to as "Defendant" or "Regent") files this Original Answer to Plaintiff, FM. INDUSTRIES, INC.'s (hereinafter "Plaintiff" or "FMI") Original Complaint.

### I.
### PARTIES

1.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 1.

2.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 2

3.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 3.

4.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 4.

5.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 5.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 6.

7.    Defendant admits that it is a law firm with its principal place of business in Houston, Texas. Defendant denies the remainder of the allegations in paragraph 7.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 8.

### III.
#### JURISDICTION AND VENUE

9.    Defendant denies the allegations in paragraph 9.

10.    Defendant denies the allegations in paragraph 10.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 11.

### IV.
#### GENERAL ALLEGATIONS

12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 13.

14.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 14.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 15.

16.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 16.

17.    Defendant denies the allegations in paragraph 17.

18.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 18.

19.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 19.

20.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 20.

21.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 21.

22.    Defendant admits the allegations in paragraph 22.

23.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 23.

24.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 24.

25.    Defendant admits the allegations in paragraph 25.

26.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 26.

27.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 27.

28.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 28.

29.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 29.

30.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 30.

31.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 31.

32.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 32.

33.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 33.

34.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 34.

35.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 35.

36.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 36

37.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 37.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 38.

39.    Defendant denies the allegations in paragraph 39.

40.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 40.

41.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 41.

4

42.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 42.

43.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 43.

44.    Defendant denies that Regent did not request permission from FMI to access the T.U.C.A.N.S. system. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of paragraph 44.

45.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 45.

**COUNT I**
**COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. § 501, _et. seq._**
**(Hosto, Buchan, Prater, & Lawrence, PLLC; Harris & Zide; Regent & Associates;**
**James D. Cortez; and R&B Collections, Inc.**

46.    No response required.

47.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 47.

48.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 48.

49.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 49.

50.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 50.

51.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 51.

52.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 52.

53.    Defendant denies the allegations in paragraph 53 and further denies a requirement to do so.

54.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 54.

55.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 55.

56.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 56.

57.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 57.

58.    Defendant denies the allegations in paragraph 58.

59.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 59.

60.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 60.

61.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 61.

62.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 62.

63.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 63.

64.    Defendant denies the allegations in paragraph 64.

65.    Defendant denies the allegations in paragraph 65.

66.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 66.

67.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 67.

## COUNT II
### COPYRIGHT INFRINGEMENT PURSUANT TO 17 U.S.C. § 501, *et. seq.* AND § 106 (3)
### (The Law Office of Ross Gelfand, LLC. And R & B Collections, Inc.)

68.    No response required.

69.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 69.

70.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 70.

71.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 71.

72.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 72

73.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 73.

74.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 74.

75.    Defendant is without knowledge or information sufficient to form a belief as to the
truth of paragraph 75.

76.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 76.

77.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 77.

78.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 78.

## COUNT III
## BREACH OF CONTRACT
**(Hosto, Buchan, Prater, & Lawrence, PLLC; Harris & Zide; Regent & Associates; and James D. Cortez)**

79.    No response required.

80.    Defendant denies the allegations in paragraph 80 as they pertain to Regent. Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 80.

81.    Defendant denies the allegations in paragraph 81 as they pertain to Regent. Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 81.

82.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 82.

83.    Defendant denies the allegations in paragraph 83 as they pertain to Regent. Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 83.

84.    Defendant denies the allegations in paragraph 84 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 84.

85.    Defendant denies the allegations in paragraph 85 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 85.

86.    Defendant denies the allegations in paragraph 86 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 86.

87.    Defendant denies the allegations in paragraph 87 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 87.

88.    Defendant denies the allegations in paragraph 88 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 88.

89.    Defendant denies the allegations in paragraph 89 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 89.

90.    Defendant denies the allegations in paragraph 90 as they pertain to Regent.
Otherwise, defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 90.

**COUNT IV**
**CONVERSION**
**(R & B Collections, Inc.)**

91.    No response required.

92.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 92.

93.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 93.

94.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 94.

95.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 95.

96.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 96.

97.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 97.

98.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 98.

99.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 99.

**COUNT IV**
**UNJUST ENRICHMENT/RESTITUTION**
**(R & B Collections, Inc.)**

100.    No response required

101.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 101.

102.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 102.

103.    Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 103.

### PRAYER FOR RELIEF

WHEREFORE, Defendant, prays that upon final hearing, the claims set forth in the Complaint be dismissed, that Plaintiffs take nothing, and for all other relief to which Defendants are entitled.

Respectfully submitted,

By: _____

Anh H. Regent, Defendant Pro Se
d/b/a Regent and Associates
2650 Fountain View Drive, Suite 233
Houston, TX  77057
713-490-7076 – Telephone
713-490-7075 – Fax
aregent@regentlaw.com

11

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following this 26th day of Feb , 2008 as follows:

**Via Facsimile: _312-474-0408_**
Wayne Rhine, ESQ.
500 W. Madison Suite 2910
Chicago, IL 60661

Anh H. Regent