Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 517 | **DATE** | 3/4/2008 |
| **CASE TITLE** | FM Industries, Inc. vs. The Law Offices of Ross Gelfand, et al. | | |

**DOCKET ENTRY TEXT**

Oral motion of Adam Roberts for leave to file his appearance on behalf of plaintiff FM Industries, Inc. is granted. Motion hearing held. Defendant Law Offices of Harris & Zide, LLP's motion to extend time to 3/18/2008 to answer or otherwise plead [26] is granted. All defendants are given leave to join in the motion of defendants Law Office of Ross Gelfand, LLC and R & B Collections, Inc. to stay the proceedings [18] by 3/25/2008. Response to the motion [18] is due by 4/1/2008; reply is due by 4/15/2008; ruling will issue by mail by 5/22/2008.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|