**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 04 2008
Mar 4, 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  FM INDUSTRIES INC. V.  Case  08C 517
LAW OFFICE OF ROSS GELFAND, LLC ET EL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FM INDUSTRIES INC.

| SIGNATURE s/ | s/ADAM ROBERTS |
|---|---|
| FIRM | WAYNE RHINE ESQ / FRIEDMAN & WEXLER LLC |
| STREET ADDRESS | 500 W. MADISON #2910 CHICAGO IL 60661 |
| CITY/STATE/ZIP | 500 W. MADISON #2910, CHICAGO IL 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6257972 | TELEPHONE NUMBER 312 474 4533 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |