

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Anh H. Regent D/B/A Regent and Associates
(Please print)

STREET ADDRESS: 2650 Fountainview Drive Suite 233

CITY/STATE/ZIP: Houston, TX 77057

PHONE NUMBER: (713) 490-7076

CASE NUMBER: 1:08-cv-00517

Signature: [signed]

Date: 3/5/08

FILED
MAR 11 2008
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT