080177.7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, <br><br> Defendants. | No.  08 C 517 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Arlander Keys <br> Judge Arlander  Keys |

## JURY DEMAND

Defendants, HOSTO & BUCHAN, PLLC, by their attorneys, John J. Duffy, Karen Kies DeGrand, Charles S. Ofstein, Edward E. Fu and DONOHUE BROWN MATHEWSON & SMYTH LLC, requests a trial jury.

    Respectfully submitted,

    HOSTO & BUCHAN, PLLC

    s/ Karen Kies DeGrand
    Karen Kies DeGrand (karen.degrand@dbmslaw.com)
    DONOHUE BROWN MATHEWSON & SMYTH LLC
    140 South Dearborn Street, Suite 800
    Chicago, IL  60603
    Telephone:    (312) 422-0900
    Facsimile:    (312) 422-0909

John J. Duffy (ARDC No. 6224834)
Karen K. DeGrand (ARDC No. 6191140)
Charles S. Ofstein (ARDC No. 6230050)
Edward E. Fu (ARDC No. 6289519)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the **Jury Demand** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## **SERVICE LIST**

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                                                   s/ Karen Kies DeGrand
                                                   Karen Kies DeGrand (karen.degrand@dbmslaw.com)
                                                   DONOHUE BROWN MATHEWSON & SMYTH LLC
                                                   140 South Dearborn Street, Suite 800
                                                 Chicago, IL  60603
                                                 Telephone:     (312) 422-0900
                                                 Facsimile:     (312) 422-0909