080141.25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FM INDUSTRIES, an Illinois corporation, | |
| Plaintiff, | |
| v. | No. 08 C 517 |
| The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law, | Judge Joan Humphrey Lefkow  Magistrate Judge Arlander Keys |
| Defendants. | |

## MOTION OF DEFENDANT JAMES D. CORTEZ TO STAY THE PROCEEDINGS

Defendant James D. Cortez, by his attorneys, John J. Duffy, Karen Kies DeGrand, Charles S. Ofstein, Edward E. Fu and DONOHUE BROWN MATHEWSON & SMYTH LLC, moves this Court to stay these proceedings until the resolution of case number 07 C 1794 pending before Judge Suzanne B. Conlon. In support thereof, Cortez states the following:

1. Cortez adopts the previously-filed motions to stay of co-defendants The Law Offices of Ross Gelfand, LLC, R & B Collections, Inc., The Law Offices of Harris & Zide, LLP and Hosto & Buchan, PLLC.

WHEREFORE, for the aforementioned reasons, defendant James D. Cortez respectfully requests that this Court stay these proceeding until the resolution of case number 07 C 1794 pending before Judge Suzanne B. Conlon. Defendant James D. Cortez also requests any other

relief this Court deems just.

        Respectfully submitted,

        JAMES D. CORTEZ

        s/ John J. Duffy
        John J. Duffy (john.duffy@dbmslaw.com)
        DONOHUE BROWN MATHEWSON & SMYTH LLC
        140 South Dearborn Street, Suite 800
        Chicago, IL  60603
        Telephone:  (312) 422-0900
        Facsimile:  (312) 422-0909

John J. Duffy (ARDC No. 6224834)
Karen K. DeGrand (ARDC No. 6191140)
Charles S. Ofstein (ARDC No. 6280741)
Edward E. Fu (ARDC No.6289519)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603