## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 1794 | DATE | 3/17/2008 |
| CASE TITLE | FM INDUSTRIES, INC. v. CITICORP CREDIT SERVICES, INC., et al. | | |

**DOCKET ENTRY TEXT**

Citi defendants' summary judgment motions on Counts I and II [354] and on the issue of damages and attorney fees [358] are granted. Citigroup and Citibank's summary judgment motion [350] is moot. Gelfand's summary judgment motion [334] is granted on Count III, denied as to liability on Count I, and granted on the issue of actual damages, statutory damages and attorney fees under Count I. Summary judgment is entered for defendants Citigroup Credit Services, Inc., Citigroup, Inc., and Citibank (South Dakota), N.A. on all claims. FMI's copyright infringement claim against the Law Office of Ross Gelfand, LLC survives, but only injunctive and declaratory relief remain. The joint final pretrial order and agreed pattern jury instructions shall be presented on April 8, 2008 at 9:00 a.m.; plaintiff's draft shall be submitted to defendants by April 1, 2008. Trial is set on May 7, 2008 at 9:00 a.m. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|