UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia Corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor In Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law,<br><br>Defendants. | Case No. 08 C 517<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |

**MOTION OF PLAINTIFF FM. INDUSTRIES, INC., FOR LEAVE TO FILE AN AMENDED VERIFIED COMPLAINT**

NOW COMES Plaintiff, FM INDUSTRIES INC. ("FMI"), by and through its attorney, Wayne Rhine, and respectfully moves this Court for leave to file an amended complaint. As grounds for this motion, FMI states as follows:

1. On January 23, 2008, FMI filed a multi count complaint against; Law Offices of Ross Gelfand, LLC., R&B Collections Inc., James D. Cortez, Harris & Zide, LLP., and Hosto & Buchan, PLLC, alleging varies claims of Copy Infringement pursuant to 17 U.S.C. sec. 501, and 106(3), breach of contract, conversion and unjust enrichment.

2. FMI had previously filed a multi count complaint against Law offices of Ross Gelfand,

1

LLC, Citicorp Credit Services Inc., Citigroup, Citibank South Dakota N.A., and James D. Cortez. That all matters have been previously resolved through motions for summary judgment and upon the Courts own orders.

3. FMI is seeking leave to file its 1st amended verified complaint to add additional facts and/or new causes of actions that were not originally plead in its verified complaint. Moreover, FMI needs to re-plead certain allegations as set forth in its verified complaint, based upon previous decisions that occurred in the 07 C 1794 matter.

4. That there currently exists a pending motion to stay all proceedings based upon the current actions pending in 07 C 1794, however, this issue is moot considering all pending matters have been disposed of by the court.

5. That no prejudice will result to any of the defendants if leave is granted to Plaintiff to file its 1st amended complaint.

6. Furthermore, except for Defendant Regent who filed his Appearance and answer Pro Se[1], none of the parties have answered or otherwise plead to the allegations set forth in Plaintiff's verified complaint, other than in the form of a motion to stay all proceedings during the pendency of 07 C 1794, which is now fully disposed of.

**WHEREFORE**, for the reasons set forth above and for the reasons set forth, FMI respectfully requests that this Honorable Court grant its motion for leave to file its 1st amended complaint and for such other relief as the Court deems fit.

---

[1] On information and belief, Ahn Regent is not admitted to practice in the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: May 9, 2008　　　　　　　　　　　　　　FM. INDUSTRIES, INC.,


　　　　　　　　　　　　　　　　　　　　By: ____s/Wayne Rhine_____
　　　　　　　　　　　　　　　　　　　　　　　　Wayne Rhine




**WAYNE RHINE**
**Attorney for Plaintiff**
**ARDC #2323990**
**500 W Madison St. #2910**
**Chicago, IL. 60661**
**Phone:  (312)474-4532**

## CERTIFICATION OF SERVICE

I, Wayne Rhine hereby certify that on May 9, 2008, I have had Plaintiffs **Motion For Leave To File An Amended Complaint,** electronically filed with the Clerk of the U.S. District Court, by way of the ECF filing system which sent notification to the following attorneys of record:

And

    John J. Duffy (john.duffy@dbmslaw.com)
    Karen Kies Degrand (Karen.degrand@dbmslaw.com)
    Charles S. Ofstein (ofstein@dbmslaw.com)
    All at the Law Firm of
    Donohue, Brown, Mathewson & Smyth, LLC
    140 S. Dearborn, Suite 700
    Chicago, IL 60603

And

    In addition a copy was caused to be mailed First Class on April 1, 2008 to

    Ahn Regent
    Regent & Associates, LLP
    2650 Fountain View Drive
    Suite 233
    Houston, TX 77057
    Fax : 713-490-7075

                                              _____s/Wayne Rhine_____
                                                  Wayne Rhine