UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| **FM. INDUSTRIES, INC.,** an Illinois Corporation<br><br>　　　　　Plaintiff,<br>vs.<br><br>The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia Corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor In Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 08 C 517<br>)<br>) Judge Joan H. Lefkow<br>)<br>) Magistrate Judge Arlander Keys<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To:　　COUNSEL OF RECORD

**PLEASE TAKE NOTICE** on **Thursday, May 15, 2008** at **9:30 a.m**. or soon thereafter as counsel may be heard, I shall appear before the **Honorable Joan H. Lefkow** or any judge sitting in her stead in **Room 1925** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and present plaintiff's **Motion For Leave to File an Amended Complaint Instanter,**

**Dated: May 9, 2008**　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　**FM. Industries, Inc.**

　　　　　　　　　　　　　　　　　　　　**By:** ___s/ Wayne Rhine_____
　　　　　　　　　　　　　　　　　　　　　　　Wayne Rhine

**WAYNE RHINE, ESQ.**
**Attorney for Plaintiff**
**500 W Madison St., Suite 2910**
**Chicago, IL. 60661 - 312-474-4532**
**Attorney Reg. #2323990**

## CERTIFICATION OF SERVICE

I, Wayne Rhine hereby certify that on May 9, 2008, I have had Plaintiffs **Notice of Motion For Leave To File An Amended Complaint,** electronically filed with the Clerk of the U.S. District Court, by way of the ECF filing system which sent notification to the following attorneys of record:

And

    John J. Duffy (john.duffy@dbmslaw.com)
    Karen Kies Degrand (Karen.degrand@dbmslaw.com)
    Charles S. Ofstein (ofstein@dbmslaw.com)
    All at the Law Firm of
    Donohue, Brown, Mathewson & Smyth, LLC
    140 S. Dearborn, Suite 700
    Chicago, IL 60603

And

    In addition a copy was caused to be mailed First Class on April 1, 2008 to

    Ahn Regent
    Regent & Associates, LLP
    2650 Fountain View Drive
    Suite 233
    Houston, TX 77057
    Fax : 713-490-7075


                                                _____s/Wayne Rhine_____
                                                     Wayne Rhine