**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

FM. Industries, Inc.
                                         Plaintiff,

v.                                                          Case No.: 1:08−cv−00517
                                                             Honorable Joan H. Lefkow

The Law Offices of Ross Gelfand, LLC., et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held. Plaintiff's motion for leave to file an amended complaint [53] is granted as stated on the record. Defendants' motions to stay proceedings [18], [40], [43], and [48] are granted without prejudice to plaintiff filing a motion to lift the stay. Status hearing set for 7/17/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.