080242.64

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>The Law Office of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez,<br><br>　　　　　　Defendants. | No.　08 C 517<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |

## DEFENDANTS' MOTION TO CLARIFY

Defendants, The Law Office of Ross Gelfand, LLC.; R & B Collections Inc.; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; and James D. Cortez, by their attorneys, John J. Duffy, Karen Kies DeGrand, Edward E. Fu and Donohue Brown Mathewson & Smyth LLC hereby move this Honorable Court to clarify its minute order dated May15, 2008 (D.E. 56.) to include instructions to strike the exhibits, including Q, R, T and U from plaintiff's amended complaint and to remove the proposed exhibits (parts 2 and 3) of plaintiff's Amended Document (D.E. 54) from the record.  In support thereof, defendants state the following:

　　　　1.　　On May 15, 2008, this Court entered an order granting plaintiff's motion for leave to file an amended complaint and granting defendants' motion to stay the case.  During the hearing for

the matters, counsel for defendants indicated that he did not oppose plaintiff filing an amended complaint but opposed the filing of the exhibits to the amended complaint. (*See* Transcript of Proceedings from May 15, 2008, attached as Exhibit 1, at 2). Specifically, counsel objected to Exhibits Q, R and T on the basis that those exhibits contained confidential attorney-client privilege and work product material. *Id*. at 3.

2. The Court agreed with defendants' counsel concerning those documents and further determined that the remaining exhibits were extraneous to the complaint under Federal Rule of Civil Procedure 8. *Id.* at 4.

3. The Court's minute entry on May 15, 2008, however, was silent on the issue of striking the exhibits, including Q, R and T, from plaintiff's amended complaint and the record as they appear in plaintiffs' proposed exhibit list (parts 2 and 3) of plaintiff's Amended Document (D.E. 54).

4. Additionally, after reviewing the exhibits in greater detail, counsel for defendants has since learned that Exhibit U also contains the same type of confidential and privileged material as contained in Exhibits Q, R and T with respect to defendant Cortez. Defendant Cortez therefore requests that Exhibit U also be stricken from plaintiff's amended complaint and from the record.

**Wherefore**, for the foregoing reasons, defendants respectfully request that this Court clarify its order of May 15, 2008 to include instructions to strike the exhibits, including Q, R, T and U, from plaintiff's amended complaint and to remove the proposed exhibits (parts 2 and 3) of plaintiff's

Amended Document (D.E. 54) from the record.

>Respectfully submitted,
>
>THE LAW OFFICES OF ROSS GELFAND, LLC.; R & B COLLECTIONS INC., A GEORGIA CORPORATION; HOSTO, BUCHAN, PRATER & LAWRENCE, PLLC, AS SUCCESSOR IN INTEREST TO HOSTO & BUCHAN, PLLC; LAW OFFICES OF HARRIS & ZIDE; REGENT & ASSOCIATES, LLP; AND JAMES D. CORTEZ,
>
>By:  s/ John J. Duffy
>     John J. Duffy (john.duffy@dbmslaw.com)

John J. Duffy (ARDC No. 6224834)
Karen K. DeGrand (ARDC No. 6191140)
Edward E. Fu (ARDC No. 6289519)
DONOHUE BROWN MATHEWSON & SMYTH LLC
Edward E. Fu (ARDC No. 6289519)
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909