080141.65

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor in Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law,<br><br>　　　　Defendants. | No.   08 C 517<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

**To:**   **See attached Certificate of Service**

PLEASE TAKE NOTICE that on **Tuesday, June 17, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Joan H. Lefkow**, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in Room 1925 at 219 S. Dearborn Street, Chicago, Illinois, and present **Defendants' Motion to Clarify**, a copy of which is attached.

　　　　　　　　　　　　　　　　　　　s/ John J. Duffy
　　　　　　　　　　　　　　　　　　　John J. Duffy (john.duffy@dbmslaw.com)
　　　　　　　　　　　　　　　　　　　Karen Kies DeGrand (karen.degrand@dbmslaw.com)
　　　　　　　　　　　　　　　　　　　Charles S. Ofstein (charles.ofstein@dbmslaw.com)
　　　　　　　　　　　　　　　　　　　Edward E. Fu (edward.fu@dbmslaw.com)
　　　　　　　　　　　　　　　　　　　DONOHUE BROWN MATHEWSON & SMYTH LLC
　　　　　　　　　　　　　　　　　　　140 South Dearborn Street, Suite 800
　　　　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　　　　Telephone:　　(312) 422-0900
　　　　　　　　　　　　　　　　　　　Facsimile:　　(312) 422-0909

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed **Defendants' Motion to Clarify** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Wayne D. Rhine
Friedman & Wexler, LLC
500 West Madison Street, Suit 2910
Chicago, IL  60661
wrhine@friedmanandwexler.com

                                      s/ John J. Duffy