# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 517 | **DATE** | 6/17/2008 |
| **CASE TITLE** | FM Industries, Inc. vs. Law Offices of Ross Gelfand, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/17/2008 regarding motion to clarify [57]. Defendants' motion to clarify [57] is granted. The order of May 15, 2008 is clarified to strike the exhibits, including Q, R, T and U from plaintiff's amended complaint and the proposed exhibits (parts 2 and 3) of plaintiff's amended document [54] are to be removed from the record. The Clerk shall remove in its entirety the imaged contents of Docket Entry #54 from public viewing. Plaintiff is directed to promptly refile the amended motion and amended complaint excluding the items mentioned above and in the motion to clarify.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|