# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FM. INDUSTRIES, INC., an Illinois Corporation | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 517<br>)<br>) Judge Joan H. Lefkow<br>) |
| Vs. | ) Magistrate Judge Arlander Keys<br>) |
| The Law Offices of Ross Gelfand, LLC.,<br>R & B Collections Inc., a Georgia Corporation;<br>Hosto, Buchan, Prater & Lawrence;<br>PLLC, as Successor in Interest to Hosto &Buchan;<br>PLLC; Law Offices Harris & Zide;<br>Regent & Associates, LLP; and James D. Cortez<br>Attorney at Law | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## AFFIDAVIT OF MICHAEL FRIEDMAN

Michael Friedman, being first duly sworn on oath, deposes and states as follows:

1. FM. Industries, Inc. ("FMI") is a corporation organized and existing under the laws of the state of Illinois. I have been the President of FMI since 2001.

2. TUCANS is a software program used by law firms and others in the debt collection industry.

3. The software program was/is licensed on a per user bases.

4. The normal one time pricing per user was/is between $3,750.00 to $5,000.00 not including setup fees, custom programming or extra interfaces with other systems

5. In addition to the initial licensing fee, the licensee was charged 18% of the total licensing fee annually for support.

6. Attached to this affidavit are two redacted invoices.

7. The redacted invoice marked as exhibit A1 is a true and correct copy of an invoice that reflects the initial licensing fee for ten users at $5,000.00 per user along with a proration of the support at 18% of the ten user licensing fee.

8. The redacted invoice marked as exhibit A2 is a true and correct copy of an invoice that reflects an annual support charge for five users that was originally licensed at a per user fee of $3,750.00

9. That the licensing agreement that each one of these customers entered into with FMI has a confidentiality provision, and as such their names and addresses have been purposely redacted.

FURTHER AFFIANT SAYETH NOT.

_____
Michael Friedman

Sworn and subscribed to before me
This 9th day of May, 2008.

_____
Notary Public

OFFICIAL SEAL
MARY ANN MIKRUT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/18/12

2

# Invoice

**FM. INDUISTRIES, INC.**

500 West Madison
Suite 2930
Chicago, IL 60661

| Date | Invoice # |
|---|---|
| 10/13/2006 | 2460 |

**Bill To**

Hoffman Estates, IL 60192
Attn: CIO

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| 10/13/2006 | 10 | TUCANS SYSTEM - 10 users - 2 blocks of five at 5,000.00 per each seat | 5,000.00 | 50,000.00T |
| 10/31/2006 | 1 | Yearly Support 18% of New Licensed Users Prorated for 11 months | 8,250.00 | 8,250.00T |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**EXHIBIT A1**

**Total** $58,250.00

# Invoice

**FM. INDUISTRIES, INC.**

500 West Madison
Suite 2930
Chicago, IL 60661

| Date | Invoice # |
|---|---|
| 7/26/2006 | 2449 |

**Bill To**

EL CAJON, CA 92024

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| 9/1/2006 | 5 | Yearly Support 18% of Licensed Users | 675.00 | 3,375.00T |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

EXHIBIT A2

**Total**  $3,375.00