# EXHIBIT D

Letter Agreement from

John Gillard



Citi Cards
7920 N.W. 110th Street
Kansas City, MO 64153

Sent Via **Overnight Delivery**

September 3, 2003

Mr. Michael Friedman
FM Industries, Inc.
19 South LaSalle, 10th Floor
Chicago, IL 60603

Re: Post-Close Arrangements

Dear Michael:

This confirms our conversation regarding Citi's intent to continue using FMI's Tucans System to process Citi accounts following the termination of the formal contract between Citi and FMI on September 5, 2003. Even though the terms of the contract will no longer be in effect following September 5, 2003, Citi agrees to pay FMI for any accounts processed on Tucans after that date at the same rate set out in the agreement. As this is being done to facilitate migration of Citi's process to a different system, the length of time and number of accounts that will continue to be processed on Tucans post-termination is as yet undetermined, but is not expected to extend beyond the end of this calendar year.

Please let me know if you have any questions. Your assistance in helping Citi accomplish this transition is certainly appreciated.

Sincerely,

John Gillard
Director of Recovery

cc: Jeanette Brown
David Olson
Michael Tucci

A member of citigroup

KCL030