# EXHIBIT E

## FMI Termination Notice

## (Exhibit is to Defendant Hosto and Buchan)

# FM. INDUSTRIES, INC.

*YOUR NO STATIC REAL TIME SOLUTIONS*

  

TUCNET                                     R.T. Advantage

**Michael E. Friedman**
President

Direct Dial: (312) 474-4511

June 10, 2005

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Hosto & Buchan, PLLC
701 West Seventh Street
Little Rock, AR  72201

Dear Firm,

Please be advised that the FM. INDUSTRIES, INC. TUCNET & T.U.C.A.N.S. Software License and Service Agreement ("Agreement") entered into between FM. Industries, Inc. (FMI) and your firm ("you"), is hereby terminated, effective July 10, 2005, pursuant to section 4(C)(1) of the Agreement. This letter serves as the requisite thirty (30) days notice pursuant to section 4(C)(1) of the Agreement.

Pursuant to Section 2(C) of the Agreement, FMI exclusively owns the property rights to all the FMI Software, FMI System, all materials provided under the Agreement, and all FMI Information (as defined by Section 1(K) of the Agreement). Accordingly, you are prohibited pursuant to Section 3(B) of the Agreement from, among other things, the following actions:

- copying, modifying or transferring the FMI Software, the FMI System or any FMI Information (see 3(B)(1));
- transferring possession of any copy, modification or merged portion of the FMI Software, the FMI System or any FMI Information (see 3(B)(4)); or
- allowing any person or entity to have access to or contact with the FMI Software, the FMI System or any FMI Information (see 3(B)(5).

Furthermore, pursuant to Section 3(B)(4), you are prohibited from accessing the system to bring up any information on accounts which would display data, run reports that display data, take pictures and/or screen shots that display data, and/or transfer any data that was entered into the TUCANS System to any other system or medium. Similarly, the taking of any screen shots which is proprietary to FMI and/or the printing

---

of the account narrative by pressing the print screen function of TUCANS is considered a breach of the Agreement.

It is our understanding that Citicorp Credit Services Inc., (CCSI) has recently re-sent accounts originally placed through TUCNET to licensees through their other network. As such, this constitutes a breach of FMI's agreement with CCSI. Any information contained on TUCANS and transferred in any manner to any other system constitutes a breach of your license agreement with FMI, pursuant to section 3(B)(1), and if said transfer has occurred said information must be deleted from any other system.

Moreover, pursuant to Section 4 (C)(5) you are to certify within 30 days of the date of this letter, that you have deleted all of FMI's software from your hardware. For those firms that are receiving and/or about to receive accounts from TUCNET on behalf of other client's, a new database and executable will be sent to you.

I apologize in advance for any disruption in your business that this may cause, but FMI has no choice but to protect its proprietary business information and to terminate your license agreement. If you have any questions in the interim, please do not hesitate to call me.

Very truly yours,
FM. Industries, Inc.

By: Michael Friedman
President