# EXHIBIT H

## Certified Mail Receipts for Regent and Associates

