# EXHIBIT I

Certified Mail Receipts for

James D. Cortez

Attorney at Law

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /B. Hill/   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>B. Hill                         4-21-03 |
| 1. Article Addressed to:<br><br>James D. Cortez, Attorney at Law<br>PO Box 532110<br>Livonia, MI 48153-2110 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2410 0004 4257 6358 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |