# EXHIBIT J

## NUNC PRO TUNC, CONFIRMATION AGREEMENT AND TRANSFER

# AGREEMENT

### NUNC PRO TUNC CONFIRMATION, ASSIGNMENT AND TRANSFER

This Assignment, dated this /7 day of February, 2008, is entered into between FM Ware, Inc., formerly an Illinois corporation, now dissolved and winding down its affairs ("FM Ware"), and FM Industries, Inc., an Illinois corporation ("FMI").

WHEREAS, FM Ware was formerly an Illinois corporation and is now dissolved and winding down its affairs; and

WHEREAS, in 2001 Michael Friedman was President and sole owner of FM Ware, and is now responsible for winding down its affairs; and

WHEREAS, as of January, 2001 FM Ware owned all right, title and interest in and to the copyright and other intellectual property rights in the computer program commonly known as TUCANS (The Ultimate Collection and Network Software); and

WHEREAS, it was the intent and desire of FM Ware in January 2001 to assign all rights, title and interest in and to the copyright of the TUCANS computer program to FMI, and that FM Ware intended to and did execute a written assignment of the copyright to FMI, no copy of which can now be located; and

WHEREAS, FM Ware wishes to confirm, ratify, and memorialize the prior written agreement of January, 2001, between FM Ware and FMI, which assigned all right, title, interest in the copyright in TUCANS to FMI, and to cure any deficiency relating to that assignment and transfer;

NOW THEREFORE, FM Ware, by this document confirms, ratifies, and memorializes nunc *pro tunc* the prior written agreement between FM Ware and FMI, which assigned the copyright in the TUCANS computer program to FMI; and in order to cure any and all deficiencies, actual or asserted, relating to that assignment, FM Ware hereby assigns, transfers and sets over to FMI, *nunc pro tunc*, effective January 31, 2001, all right, title and interest in and to the copyright and any other intellectual property rights in the TUCANS computer program, including all rights to register the copyright in TUCANS and any derivatives or enhancements thereof, and also including the right to sue for any past, present or future infringements of any of the rights transferred.

_____
FM Ware, Inc.

By:   Michael Friedman, individually and;
Its:   President