# EXHIBIT O

FMI Copyright Registration 2002

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-579-682

EFFECTIVE DATE OF REGISTRATION

4- 4- 07
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
THE ULTIMATE COLLECTION AND NETWORK SOFTWARE

PREVIOUS OR ALTERNATIVE TITLES ▼
TUCANS   T.U.C.A.N.S.

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
FM. INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER PROGRAM

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
RUSSEL MICRO SYSTEMS

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER PROGRAM

**c** NAME OF AUTHOR ▼
KENSTAR CONSULTANTS

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2002 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 12   Day ▶ 31   Year ▶ 2002
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FM. INDUSTRIES, INC.
500 W. MADISON, SUITE 2910
CHICAGO, IL 60661

APPLICATION RECEIVED
6-21-07   4-4-07
ONE DEPOSIT RECEIVED
4-4-07
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
B AND C ARE INDEPENDANT CONTRACTORS AND HAVE ASSIGNED THEIR INTEREST

From: MICHAEL FRIEDMAN  To: Ms Dons Berry                    Date 6/21/2007  Time 1 01 08 PM                    Page 3 of 3

EXAMINED BY _____  
CHECKED BY _/s/_

☑ CORRESPONDENCE  
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give Previous Registration Number ▶ TXu1-279-906        Year of Registration ▶ 2006

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

TUCANS - APPPLICATIONS FILED FOR 2001

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
ADDITIONAL PROGRAMMING - AND OTHER ENHANCEMENTS

**6** a

See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼
MICHAEL FRIEDMAN / 500 W MADISON / SUITE 2910 / CHICAGO, IL 60661

Area code and daytime telephone number ▶ 312-474-4511              Fax number ▶ 312-474-0762
email ▶ MIKEF@TUCANS.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    ☐ author
                              Check only one ▶     ☐ other copyright claimant
                                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of FM INDUSTRIES, INC.
by me in this application are correct to the best of my knowledge.              Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MICHAEL E FRIEDMAN                                               Date ▶ 04/02/07

Handwritten signature ▼
/s/ M. Friedman

**8**

Certificate will be mailed in window envelope to this address

Name ▼
FM INDUSTRIES, INC
Number/Street/Apt ▼
500 W MADISON, SUITE 2910
City/State/Zip ▼
CHICAGO, IL 60661

**9**

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full Rev 11/2006  Print 11/2006—30,000  Printed on recycled paper                                    U.S. Government Printing Office 2006-xx-xxx/60 xxx