## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **FM. INDUSTRIES, INC., an Illinois Corporation** | )<br>)<br>)<br>)<br>) Case No. 08 C 517<br>) |
| **Plaintiff,** | ) Judge Joan H. Lefkow |
| vs. | )<br>) Magistrate Judge Arlander Keys<br>) |
| **The Law Offices of Ross Gelfand, LLC.; R & B Collections Inc., a Georgia Corporation; Hosto, Buchan, Prater & Lawrence, PLLC, as Successor In Interest to Hosto & Buchan, PLLC; Law Offices of Harris & Zide; Regent & Associates, LLP; and James D. Cortez, Attorney at Law** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

### NOTICE OF FILING

To:    COUNSEL OF RECORD

**PLEASE TAKE NOTICE THAT** on **Tuesday, July 8, 2008**, I have had Plaintiff's Second Amended Complaint filed in accordance with this Honorable Court's Order of June 17, 2008.

**Dated: July 8, 2008**                              Respectfully submitted

                                                                 **FM. Industries, Inc.**


                                                      **By:**    s/ Wayne Rhine
**WAYNE RHINE, ESQ.**                                     **Wayne Rhine**
**Attorney for Plaintiff**
**500 W Madison St., Suite 2910**
**Chicago, IL. 60661 - 312-474-4532**
**Attorney Reg. #2323990**

## CERTIFICATION OF SERVICE

I, Wayne Rhine hereby certify that on July 8, 2008, I have had Plaintiffs **Second Amended Complaint,** electronically filed with the Clerk of the U.S. District Court, by way of the ECF filing system which sent notification to the following attorneys of record:

And

    John J. Duffy (john.duffy@dbmslaw.com)
    Karen Kies Degrand (Karen.degrand@dbmslaw.com)
    Charles S. Ofstein (ofstein@dbmslaw.com)
    All at the Law Firm of
    Donohue, Brown, Mathewson & Smyth, LLC
    140 S. Dearborn, Suite 700
    Chicago, IL 60603

And

    In addition a copy was caused to be mailed First Class on July 8, 2008

    Ahn Regent
    Regent & Associates, LLP
    2650 Fountain View Drive
    Suite 233
    Houston, TX 77057
    Fax : 713-490-7075

    _____s/Wayne Rhine_____
          Wayne Rhine