UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

FM. Industries, Inc.
                                        Plaintiff,
v.                                                          Case No.: 1:08−cv−00517
                                                            Honorable Joan H. Lefkow
The Law Offices of Ross Gelfand, LLC., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/17/2008 and continued to 9/2/2008 at 09:30 AM. Proceedings in this case continued to be stayed until 9/2/2008.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.